**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)*: _____    Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **CITI CONNECT, LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-4473244** |
| 4. | Debtor's address | **Principal place of business**<br>**450 Southern Boulevard**<br>**Bronx, NY 10455**<br>Number, Street, City, State & ZIP Code<br><br>**Bronx**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **citiconnectllc.com** |
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor  **CITI CONNECT, LLC**                                                                                             Case number (*if known*) _____
     Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ■ None of the above |
| | | |
| | | B. *Check all that apply* |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11)) |
| | | |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes. ____ |

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|---|
| | | ☐ Chapter 7 |
| | | ☐ Chapter 9 |
| | | ■ Chapter 11. *Check **all** that apply*: |
| | |     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that). |
| | |     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | |     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. |
| | |     ☐ A plan is being filed with this petition. |
| | |     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | |     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | |     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? If more than 2 cases, attach a separate list. | ■ No. |
|---|---|---|
| | | ☐ Yes. |
| | | District _____  When _____  Case number _____ |
| | | District _____  When _____  Case number _____ |

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ■ No |
|---|---|---|
| | | ☐ Yes. |

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 2

Debtor  **CITI CONNECT, LLC**     Case number (*if known*) _____
       Name

List all cases. If more than 1, attach a separate list

- Debtor _____
- District _____
- When _____
- Relationship _____
- Case number, if known _____

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district?*** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>          Contact name _____<br>          Phone _____ |

### ■ Statistical and administrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ■ 1-49     ☐ 1,000-5,000     ☐ 25,001-50,000<br>☐ 50-99     ☐ 5001-10,000     ☐ 50,001-100,000<br>☐ 100-199     ☐ 10,001-25,000     ☐ More than100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000     ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion<br>■ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000     ■ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion |

| Debtor | CITI CONNECT, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 27, 2025**
MM / DD / YYYY

X **/s/ Carlos Heredia**                                **Carlos Heredia**
Signature of authorized representative of debtor          Printed name

Title **Managing Member**

**18. Signature of attorney**

X **/s/ Nicholas A. Pasalides**                          Date **February 27, 2025**
Signature of attorney for debtor                          MM / DD / YYYY

**Nicholas A. Pasalides**
Printed name

**Eckert Seamans Cherin & Mellott, LLC**
Firm name

**10 Bank Street, Suite 700**
**White Plains, NY 10606**
Number, Street, City, State & ZIP Code

Contact phone **914-286-2851**       Email address **npasalides@eckertseamans.com**

**4941696 NY**
Bar number and State

Fill in this information to identify the case:

Debtor name: **CITI CONNECT, LLC**
United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| ANGELO PINO C/O 875 E. 145TH STREET BRONX, NY 10455 | | Loan to cover payroll once accounts were frozen | | | | $50,000.00 |
| ANGELO PINO C/O 875 E. 145TH STREET BRONX, NY 10455 | | Loan to cover payroll once accounts were frozen | | | | $38,200.00 |
| ANGELO PINO C/O 875 E. 145TH STREET BRONX, NY 10455 | | Loan to cover payroll once accounts were frozen | | | | $38,200.00 |
| JOINT INDUSTRY BOARD OF THE ELECTRICAL INDUSTRY 158-11 HARRY VAN ARSDALE AVE FLUSHING, NY 11365 | | | Contingent Unliquidated Disputed | | | $1,157,582.00 |
| JOINT INDUSTRY BOARD OF THE ELECTRICAL INDUSTRY 158-11 HARRY VAN ARSDALE AVE FLUSHING, NY 11365 | | Judgment | | | | $613,600.14 |
| PHILADELPHIA INSURANCE COMPANIES PO BOX 70251 PHILADELPHIA, PA 19176-0251 | | Loan | | | | $13,547.25 |
| PINO REALTY, LLC 875 EAST 145TH STREET BRONX, NY 10455 | | Landlord - Rent Arrears | | | | $70,000.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

| Debtor | CITI CONNECT, LLC | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **PRIME PAY**<br>**1487 DUNWOOD DRIVE**<br>**WEST CHESTER, PA 19380** | | **Professional services** | | | | $1,297.83 |
| **SPIRALAXIS IDESIGNS INC.**<br>**117-12 OCEAN PROMENADE, #7J**<br>**ROCKAWAY PARK, NY 11694** | | **Professional services** | | | | $12,000.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re  **CITI CONNECT, LLC**                                         Case No.
                      Debtor(s)                                      Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **10,000.00** |
   | Prior to the filing of this statement I have received | $ **10,000.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor       ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor       ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **February 27, 2025** | /s/ Nicholas A. Pasalides |
| *Date* | **Nicholas A. Pasalides** |
| | *Signature of Attorney* |
| | **Eckert Seamans Cherin & Mellott, LLC** |
| | **10 Bank Street, Suite 700** |
| | **White Plains, NY 10606** |
| | **914-286-2851  Fax: 914-949-5424** |
| | **npasalides@eckertseamans.com** |
| | *Name of law firm* |

## United States Bankruptcy Court
### Southern District of New York

In re  **CITI CONNECT, LLC**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **ANGELO J. PINO, JR.**<br>**875 E. 145TH STREET**<br>**BRONX, NY 10455** | | **49%** | **Member** |
| **CARLOS HEREDIA**<br>**875 E. 145TH STREET**<br>**BRONX, NY 10455** | | **51%** | **Member** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **February 27, 2025**

Signature  **/s/ Carlos Heredia**
**Carlos Heredia**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of New York

In re  **CITI CONNECT, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **February 27, 2025**          **/s/ Carlos Heredia**  
**Carlos Heredia**/**Managing Member**  
Signer/Title

```
ANGELO PINO
C/O 875 E. 145TH STREET
BRONX, NY 10455


ANGELO PINO
C/O 875 E. 145TH STREET
BRONX, NY 10455


ANGELO PINO
C/O 875 E. 145TH STREET
BRONX, NY 10455


JOINT INDUSTRY BOARD OF THE
ELECTRICAL INDUSTRY
158-11 HARRY VAN ARSDALE AVE
FLUSHING, NY 11365


JOINT INDUSTRY BOARD OF THE
ELECTRICAL INDUSTRY
158-11 HARRY VAN ARSDALE AVE
FLUSHING, NY 11365


PHILADELPHIA INSURANCE
COMPANIES
PO BOX 70251
PHILADELPHIA, PA 19176-0251


PINO REALTY, LLC
875 EAST 145TH STREET
BRONX, NY 10455


PRIME PAY
1487 DUNWOOD DRIVE
WEST CHESTER, PA 19380


SPIRALAXIS IDESIGNS INC.
117-12 OCEAN PROMENADE, #7J
ROCKAWAY PARK, NY 11694
```