WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE, REGION 2
U.S. Department of Justice
Office of the United States Trustee - NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, New York 10004
(212) 510-0500
daniel.rudewicz@usdoj.gov
By: Daniel Rudewicz, Esq.
Trial Attorney

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CITI CONNECT, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-10369 (LGB) |

**INSTRUCTIONS FOR TELEPHONIC SECTION 341 MEETING OF CREDITORS**

In accordance with the Notice of Section 341(a) Meeting of Creditors, the section 341 meeting of creditors for the above-captioned case scheduled for **March 28, 2025, at 2:00 p.m.** (the "Designated Meeting Time") will be conducted by **telephone conference.** All parties shall appear by phone at the section 341 meeting at the Designated Meeting Time in accordance with the instructions below.

**Call-in Information**:

On the date and time set forth above, parties shall dial-in to the meeting using the following dialing instructions:

Meeting Dial-in No: **877-929-5805**, and

when prompted enter the Participant Code: **1293922**, followed by #.

To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after the meeting is concluded. Thank you for your anticipated cooperation in this regard.

Dated: New York, New York
March 12, 2025

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE

By: *<u>/s/ Daniel Rudewicz</u>*

Daniel Rudewicz
Trial Attorney
Office of the United States Trustee - NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, New York 10004
Tel. No. (212) 510-0500