**VIRGINIA & AMBINDER, LLP**
Counsel for
JOINT INDUSTRY BOARD OF
THE ELECTRICAL INDUSTRY
40 Broad Street, 7th Floor
New York, New York 10004
(212) 943-9080
Lillianna Iorfino, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CITI CONNECT, LLC, | : | |
| | : | Case No. 25-10369-lgb |
| | : | |
| Debtor. | : | |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned case on behalf of creditor JOINT INDUSTRY BOARD OF THE ELECTRICAL INDUSTRY, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and all other applicable provisions of the Bankruptcy Code and Bankruptcy Rules, demands that all notices given or required to be given, and all papers served or required to be served in the above-captioned case, including but not limited to all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, plans, disclosure statements and all other matters arising in these cases or in any related adversary proceeding, be duly served upon:

**VIRGINIA & AMBINDER, LLP**
Attn: Lillianna Iorfino, Esq.
40 Broad Street, 7th Floor
New York, New York 10004
Telephone Number: (212) 943-9080
Facsimile Number: (212) 943-9082
Email: liorfino@vandallp.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders and notices of applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, or transmitted or conveyed by mail, telephone, telegraph, Internet or otherwise, which affect the debtor in the above-captioned case or its property.

Dated: New York, New York
March 20, 2025

Respectfully submitted,

**VIRGINIA & AMBINDER, LLP**
Counsel for
JOINT INDUSTRY BOARD OF
THE ELECTRICAL INDUSTRY

By: *_/s/ Lillianna Iorfino_* _______________

Lillianna Iorfino, Esq.
40 Broad Street, 7th Floor
New York, New York 10004
(212) 943-9080
liorfino@vandallp.com