Eckert Seamans Cherin & Mellot LLC
*Proposed Attorneys for the Debtor*
10 Bank Street, Suite 700
White Plains, New York 10606
914-286-2851
By: Nicholas A. Pasalides
npasalides@eckertseamans.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CITI CONNECT, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No 25-10369 (LGB) |

**SUPPLEMENTAL DECLARATION OF NICHOLAS A PASALIDES IN SUPPORT OF DEBTOR'S APPLICATION FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF ECKERT SEAMANS CHERIN & MELLOTT, LLC AS ATTORNEYS FOR THE DEBTORS AND DEBTORS-IN-POSSESSION NUNC PRO TUNC TO THE PETITION DATE**

I Nicholas A. Pasalides, Esq., declares, under penalty of perjury, pursuant to 28 U.S.C. §1746, as follows:

1. I am an attorney at law, duly admitted to practice in the State of New York, as well as before the United States District Court for the Southern District of New York. I am a member of the law Eckert Seamans Cherin & Mellott, LLC ("Eckert Seamans"). Eckert Seamans maintains an office at 10 Bank Street, Suite 700 White Plains, New York 10606.

2. I am familiar with the matters set forth herein and make this declaration (the "Declaration") in support of the application of the above-captioned debtor and debtor-in possession (hereinafter the "Debtor") in the above-referenced Chapter 11 case (the "Chapter 11 Case"), for an order authorizing the Debtor to employ and retain Eckert Seamans as their general bankruptcy counsel.

3. I have been provided with, and have examined, lists provided by the Debtors of: (i) the Debtors' creditors; (ii) the Debtors' equity holders; (iii) the Debtors' significant contract counterparties; and (iv) certain other persons and entities related to the Debtors.

4. Eckert Seamans maintains records of all of its clients and the matters on which it represents such clients, and the other parties which have a substantial role in such matters. I have caused such records to be searched for any potential conflicts between Eckert Seamans and the Debtor, its creditors, equity holders, any other party in interest, and their respective attorneys and accountants, the United States Trustee and any person employed in the office of the United States Trustee.

5. Insofar as I have been able to ascertain, Eckert Seamans does not hold and does not represent any interest adverse to the Debtors, their creditors, landlords, professionals or any other party in interest herein, or their respective attorneys or professionals. Further, Eckert Semans only connection to the Debtor is that it has, and continues to, represent Corbel Communications Industries LLC, a company which the Debtor's minority owner has an ownership interest. The representation of Corbel Communications Industries LLC is not related to the Debtor's Chapter 11 case. Other than the foregoing, Eckert Seamans has no other connection to the Debtor, its creditors, any other party in interest, their attorneys and accountants, and/or the United States Trustee, or any person employed in the office of the United States Trustee.

6. Insofar as I have been able to ascertain, Eckert Seamans has no connection with the United States Trustee in Region 2 or any person known to be employed by the Office of the United States Trustee in Region 2.

7. I am not related, and to the best of my knowledge, no attorney at Eckert Seamans is related, to any United States Bankruptcy Judges in this District or to the United States Trustee for this District, or any employee thereof.

8. To the best of my knowledge, after due inquiry, Eckert Seamans:

a. is not a creditor, and is not an equity security holder or an "insider" of the Debtors, as that term is defined in section 101(31) of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code");

b. is not and has not been, within two years before the Petition Date, a director, officer or employee of the Debtors; and

c. does not have an interest materially adverse to the interest of the Debtors' estate, or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or for any other reason.

9. Accordingly, I believe Eckert Seamans is "disinterested", as that term is defined in section 101(14), as modified by section 1107(b), of the Bankruptcy Code.

10. I believe Eckert Seamans is disinterested and is well qualified to represent the Debtor in this Chapter 11 Cases.

11. Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief

Dated: White Plains
March 25 2025

*/s/ Nicholas A. Pasalides*
Nicholas A. Pasalides, Esq. (No. 4941696)
Eckert Seamans Cherin & Mellott, LLC
*Proposed Attorneys for the Debtor and Debtor in Possession*

10 Bank Street, Suite 700
White Plains, New York 10606
Tel.: (914) 949-2909
Fax: (914) 949-5424
npasalides@eckertseamans.com