UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CITI CONNECT, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No.: 25-10369 (LGB) |

STATE OF NEW YORK )
) ss.:
COUNTY OF WESTCHESTER )

WINSTON STEWART, being duly sworn, deposes and says: That deponent is not a party to this action, is over 18-years of age and is employed at Eckert Seamans Cherin & Mellott, LLC, 10 Bank Street Suite 700, White Plains, New York 10606.

On May 19, 2025, deponent served the within **APPLICATION FOR APPROVAL OF EMPLOYMENT OF ACCOUNTANT FOR THE DEBTOR, NOTICE OF PRESENTMENT FOR AN ORDER AUTHORIZING THE DEBTOR TO APPOINT WITHUM SMITH+BROWN, PC AS ACCOUNTANT FOR THE DEBTOR, AFFIDAVIT FOR RETENTION OF ACCOUNTANTS** and **ORDER FOR RETENTION OF ACCOUNTANT FOR DEBTOR** upon:

Angelo Pino
c/o 875 E 145th Street
Bronx, New York 10455

Joint Industry Board of the Electrical Industry
158-11 Harry Van Arsdale Ave
Flushing Ave, NY 11365

Philadelphia Insurance Companies
P.O. Box 70251
Philadelphia, PA 19176-0251

Pino Realty, LLC
875 East 145th Street
Bronx, NY 10455

Prime Pay
1487 Dunwood Drive
West Chester, PA 19380

Spiralaxis iDesigns Inc.
117-12 Ocean Promenade, #7J
Rockaway Park, NY 11694

Maura Moosnick, Esq.
Virginia & Ambinder, LLP
40 Broad Street, 7th Floor
New York, NY 10004

State of New York
Department of Labor – Unemployment Insurance Division
Governor W. Averell Harriman State Office
Building Campus 12, Room 256
Albany, NY 12240

Office of the United States Trustee – NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408

Hon. Judge Lisa G. Beckerman
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Virginia & Ambinder, LLP
Lillianna Iorfino, Esq.
40 Broad Street, 7th Floor
New York, NY 10004

Daniel Rudewicz, Esq.
DOJ-Ust
1 Bowling Green
New York, NY 10004

Berkshire Hathaway Homestate Companies
1314 Douglas St, 15th Floor
Omaha, NE 68102-1939
Attn: S. Bledsoe

New York City Dept of. Finance
Taxpayer Identification Unit
25 Elm Place, 3rd Floor
Brooklyn, NY 11201-5826

New York State Tax Companies
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

**XX** By depositing a true copy thereof in a post-paid wrapper, in an official depository under the care and custody of the United States Postal Service within the State of New York.

WINSTON STEWART

Sworn to before me this
19th day of May, 2025

Tabitha Rodriguez
NOTARY PUBLIC, State of New York
No. 01RO6122235
Qualified in Westchester County
Commission Expires: February 7, 2029