Eckert Seamans Cherin & Mellot LLC
*Attorneys for the Debtor*
10 Bank Street, Suite 700
White Plains, New York 10606
914-286-2851
By: Nicholas A. Pasalides
npasalides@eckertseamans.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CITI CONNECT, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No 25-10369 (LGB) |

**SUPPLEMENTAL DECLARATION OF JOSEPH MALFETTANO IN SUPPORT OF DEBTOR'S APPLICATION FOR AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF WITHUM SMITH+BROWN, PC AS ACCOUNTANTS FOR THE DEBTORS AND DEBTORS-IN-POSSESSION NUNC PRO TUNC TO THE PETITION DATE**

I Joseph Malfettano, declare, under penalty of perjury, pursuant to 28 U.S.C. §1746, as follows:

1. I am Certified Public Accountant and a Partner at Withum Smith+Brown, PC ("Withum") with offices at 331 Newman Springs Rd Suite 125, Red Bank, NJ 07701.

2. I am familiar with the matters set forth herein and make this declaration (the "Declaration") in support of the application of the above-captioned debtor and debtor-in possession (hereinafter the "Debtor") in the above-referenced Chapter 11 case (the "Chapter 11 Case"), for an order authorizing the Debtor to employ and retain Withum as its accountants.

3. I have been provided with, and have examined, lists provided by the Debtors of: (i) the Debtors' creditors; (ii) the Debtors' equity holders; (iii) the Debtors' significant contract counterparties; and (iv) certain other persons and entities related to the Debtors.

4. Withum maintains records of all of its clients and the matters on which it represents such clients. I have caused such records to be searched for any potential conflicts between Withum and the Debtor, its creditors, equity holders, any other party in interest, and their respective attorneys and accountants, the United States Trustee and any person employed in the office of the United States Trustee.

5. Insofar as I have been able to ascertain, Withum does not hold and does not represent any interest adverse to the Debtors, their creditors, landlords, professionals or any other party in interest herein, or their respective attorneys or professionals. Withum has no other connection to the Debtor, its creditors, any other party in interest, their attorneys and/or the United States Trustee, or any person employed in the office of the United States Trustee.

6. Insofar as I have been able to ascertain, Withum has no connection with the United States Trustee in Region 2 or any person known to be employed by the Office of the United States Trustee in Region 2.

7. I am not related, and to the best of my knowledge, no one at Withum is related, to any United States Bankruptcy Judges in this District or to the United States Trustee for this District, or any employee thereof.

8. To the best of my knowledge, after due inquiry, Withum:

a. is not a creditor, and is not an equity security holder or an "insider" of the Debtors, as that term is defined in section 101(31) of Title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code");

b. is not and has not been, within two years before the Petition Date, a director, officer or employee of the Debtors; and

c. does not have an interest materially adverse to the interest of the Debtors' estate, or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or for any other reason.

Dated: Red Bank
June 13th 2025

Joseph Malfettano