UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

Chapter 11

CITI CONNECT, LLC,

Case No. 25-10369 (LGB)

Debtor.
---------------------------------------------------------X

**ORDER EXTENDING EXCLUSIVE PERIODS FOR THE FILING AND SOLICITATION OF ACCEPTANCE OF A CHAPTER 11 PLAN**

UPON the motion (the "Motion") [ECF No. 34] of the above-captioned debtor (the "Debtor") for entry of an order, pursuant to Bankruptcy Code section 1121(d), extending the Debtor's exclusive periods in which to file a chapter 11 plan (the "Exclusive Filing Period") and solicit acceptances thereof (the "Exclusive Solicitation Period" and together with the Exclusive Filing Period, the "Exclusive Periods"); and the Court having reviewed the Motion; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. 157 and §§ 1334(b); and the Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given, under the circumstances, and that no other or further notice is necessary; and there being no objection to the Motion; and upon a Certificate of No Objection being filed [ECF No. 40]; and upon the record incorporated herein; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

**ORDERED** that the Motion is GRANTED as set forth herein.

1. Pursuant to Bankruptcy Code section 1121(d), the Exclusive Filing Period is extended from February 27, 2025, through and including 11:59 P.M. (Eastern) on October 25, 2025.

2. The Exclusive Period for soliciting such plan of reorganization shall be extended up to and including 11:59 P.M. (Eastern) December 24, 2025.

3. The Extension of the Exclusive Periods granted herein is without prejudice to further requests that may be made pursuant to Bankruptcy Code section 1121(d).

4. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

5. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation and/or interpretation of this Order.

**Dated: August 1, 2025**
**New York, New York**

***/s/ Lisa G. Beckerman***
**HONORABLE LISA G. BECKERMAN**
**UNITED STATES BANKRUPTCY JUDGE**