UNITED STATES BANKRUPTCY COURT
Southern District of New York Manhattan

| | |
|---|---|
| In re:<br>CITI CONNECT, LLC,<br>Debtor(s). | Case No.: 25-10369<br>Chapter: 11 |

**PROOF OF SERVICE**

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I am employed by BMC Group, Inc., an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Rules 9001(9) and 2002(g)(4) of the Federal Rules of Bankruptcy Procedure.

I declare that on 09/11/2025, as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated. Such service was performed under my direct supervision, by employees of BMC Group, Inc.

Application of the United States Trustee for an Order Pursuant to Bankruptcy Rule 2004 Authorizing and Directing the Production of Documents from and Examinations of the Debtor and Certain Third Parties (Attachments: # 1 Exhibit Exh. A # 2 Exhibit Exh. B # 3 Exhibit Exh. C # 4 Exhibit Exh. D) (ECF 44)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.
09/11/2025

Tinamarie Feil

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com;
888.909.0100

**Exhibit A - Certificate of Service**
**CITI CONNECT, LLC 25-10369**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 26208 | CITI CONNECT, LLC , 450 Southern Boulevard, Bronx, NY, 10455-4999 | **First Class** |
| 26208 | Judge Lisa G. Beckerman, One Bowling Green, Courtroom 623, Attn: Courtesy Copies, New York, NY, 10004 | **First Class** |
| 26208 | Nicholas A. Pasalides , Eckert Seamans Cherin & Mellott LLC, 10 Bank Street, Suite 700, White Plains, NY, 10606-1952 | **First Class** |