UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CITI CONNECT, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No.: 25-10369 (LGB) |

STATE OF NEW YORK )
) ss.:
COUNTY OF WESTCHESTER )

HEYDY MARMOLEJOS, being duly sworn, deposes and says: That deponent is not a party to this action, is over 18-years of age and is employed at Eckert Seamans Cherin & Mellott, LLC, 10 Bank Street Suite 700, White Plains, New York 10606.

On November 26, 2025, deponent served the within **"AS-FILED" NOTICE OF MOTION FOR FIRST INTERIM APPLICATION BY ECKERT SEAMANS, CHERIN & MELLOTT LLC., AS ATTORNEYS FOR THE DEBTOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES** upon:

Angelo Pino
c/o 875 E 145th Street
Bronx, New York 10455

Joint Industry Board of the Electrical Industry
158-11 Harry Van Arsdale Ave
Flushing Ave, NY 11365

Philadelphia Insurance Companies
P.O. Box 70251
Philadelphia, PA 19176-0251

Pino Realty, LLC
875 East 145th Street
Bronx, NY 10455-4904

Prime Pay
1487 Dunwood Drive
West Chester, PA 19380-1494

Spiralaxis iDesigns Inc.
117-12 Ocean Promenade, #7J
Rockaway Park, NY 11694-2064

Virginia & Ambinder, LLP
Lillianna Iorfino, Esq.
40 Broad Street, 7th Floor
New York, NY 10004

Office of the United States Trustee – NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408

Daniel Rudewicz
DOJ-Ust
1 Bowling Green
New York, NY 10004

Berkshire Hathaway Homestate Companies
1314 Douglas St, 15th Floor
Omaha, NE 68102-1939
Attn: S. Bledsoe

New York City Dept. of Finance
Taxpayer Identification Unit
25 Elm Place, 3rd Floor
Brooklyn, NY 11201-5826

New York State Tax Commission
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

State of New York
Department of Labor – Unemployment Insurance Division
Governor W. Averell Harriman State Office
Building Campus 12, Room 256
Albany, NY 12240

Maura Moosnick, Esq.
Virginia & Ambinder, LLP
40 Broad Street, 7th Floor
New York, NY 10004-2776

Hon. Judge Lisa G. Beckerman
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

**XX** By depositing a true copy thereof in a post-paid wrapper, in an official depository under the care and custody of the United States Postal Service within the State of New York.

______________________________
HEYDY MARMOLEJOS

Sworn to before me this
26th day of November, 2025

______________________________
Tabitha Rodriguez
NOTARY PUBLIC, State of New York
No. 01RO6122235
Qualified in Westchester County
Commission Expires: February 7, 2029