**Exhibit A**

Relevant Pages of the March 28 Section 341 Meeting Transcript

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
Case No. 25-10369-lgb
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In the Matter of:

CITI CONNECT, LLC

Debtor.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

United States Bankruptcy Court
One Bowling Green
New York, NY 10004

March 28, 2025

341 Meeting of Creditors

B E F O R E :
DANIEL RUDEWICZ
U.S. TRUSTEE

A P P E A R A N C E S :

U.S. DEPARTMENT OF JUSTICE
Attorney for United States Trustee
One Bowling Green
New York, NY 10004

BY: DANIEL RUDEWICZ

ECKBERT SEAMANS CHERIN & MELLOTT LLC
Attorney for Debtor
10 Bank Street, Ste 700
White Plains, NY 10606

BY: NICHOLAS A. PASALIDES

VIRGINIA & AMBINDER, LLP
Attorney for Joint Industry Board of the Electrical Industry Local 3 Benefit Fund
40 Broad Street, 7th Floor
New York, NY 10004

BY: MAURA MOOSNICK

Transcribed by: Sonya Ledanski Hyde

path -- what they call, like, a pathway work for one of our clients, Spectrum.

MR. RUDEWICZ: Okay. Thank you. Please describe the ownership structure of the Debtor.

MR. PINO: Right now, it is an LLC.

MR. RUDEWICZ: Okay.

MR. PINO: And there's two members.

MR. RUDEWICZ: And what are the names of the two members?

MR. PINO: Angelo Pino. Carlos Heredia is the other one.

MR. RUDEWICZ: Okay, and what is the percentage ownership for yourself?

MR. PINO: 49.

MR. RUDEWICZ: Okay, and what is the percentage of ownership for the other member?

MR. PINO: 51.

MR. RUDEWICZ: Okay. Have any -- I'm sorry. Let me see. Who is the insurance provider?

MR. PINO: We have a broker, NXG Agency, and they cover our insurance, and they go out and they -- you know, we get the insurance through them. They're our broker.

MR. RUDEWICZ: Okay, and then have post-petition books and records been established?

MR. PINO: Yes. Yes, they have.

MR. SATTAR: Yes, I can open that. Yes, I have it open.

MR. RUDEWICZ: Okay. All right. Now, going to -- if you go to PDF Page 3 and that's Official Form 206 A/B and it's Schedule A/B, Assets, Real and Personal Property. Do you have that page in front of you?

MR. SATTAR: Yes.

MR. RUDEWICZ: Okay. If you go to Part 3, Accounts Receivable. It says, "Does the Debtor have any accounts receivable?" and at Number 11, can you read off the answer?

MR. SATTAR: It is $241,357.01.

MR. RUDEWICZ: Okay. Thank you. So, we do have the same schedules that we're looking at. Now, if you go down to Part 11, and that's on Page 4.

MR. SATTAR: 11. I’m there.

MR. RUDEWICZ: Okay, and it says, "Does the Debtor own any other assets that have not yet been reported on this form?" Do you see that question?

MR. SATTAR: Part 11. Yes, "Does the Debtor own any other assets that have not yet been reported on this form?" Yes.

MR. RUDEWICZ: All right. Thank you. If you could go down to 77, it lists a -- can you read what it lists there? It says --

MR. SATTAR: Part 77 is "Other Property of any kind not related/listed. Example: Season tickets, country club membership, potential employee retention credit."

MR. RUDEWICZ: Yes. Okay. So, it lists a potential employee retention credit. Can you describe what that means?

MR. SATTAR: No, I don't know what that means.

MR. PINO: That’s the ERC.

MR. RUDEWICZ: Okay. Mr. Pino, I could come back to you for that question. I thought this one was for Mohammed.

MR. PINO: I'm sorry. I'm sorry.

MR. RUDEWICZ: That's fine. Back to Mr. Sattar. So, other than the potential employee retention credit, are there any other accounts receivable other than what was listed in Part 3 or at Part 77?

MR. SATTAR: No, there are no other accounts receivable.

MR. RUDEWICZ: Okay. On the tax form, we did see that there was an amount due from affiliates from Citi Connect Industries, LLC. Are there any amounts --

MR. SATTAR: Yes.

MR. RUDEWICZ: -- as of the petition date that was owed from that entity?

MR. SATTAR: No. Those would be considered with

us. It would be considered bad debt because that activity resulted in them not getting paid. I know they're on the tax return, and we had told our accountants that we need to adjust them as bad debts. But I don't know why they haven't done that yet.

MR. RUDEWICZ: Okay. So, the whole amount was written off as bad debt. Do you know when the adjustment was made, in what calendar year?

MR. SATTAR: We have asked our accountant and I know we have not filed the '24 tax return, so I'm hoping that it would be adjusted in '24.

MR. RUDEWICZ: Okay. Thank you. Okay, and then, it would be adjusted in the calendar year 2024. So, has it been -- was there any documents that have shown that it was written off as bad debt?

MR. SATTAR: (indiscernible) Can you repeat that? I'm sorry. I didn't hear it.

MR. RUDEWICZ: Yes. Were there any documents that showed that it was written off as bad debt?

MR. SATTAR: Not right now.

MR. RUDEWICZ: Okay, and Citi Connect Industries, when did they stop paying on their receivable?

MR. SATTAR: This is a long-standing -- like, it's not -- the debts didn't occur, like, in one year. It was multiple years. But the bigger reason or the bigger event

that happened was probably in, I want to say 2020 or 2021 when we had these invoices that were submitted to Spectrum and they didn't pay Citi Industries. So, hence that was a bad debt.

MR. RUDEWICZ: Okay, and how much did Citi Connect Industries owe you as of the petition date?

MR. SATTAR: I don't have the exact number in front of me.

MR. RUDEWICZ: Okay, and these amounts were for -- you mentioned that there were several months. What were the amounts owed for? For services, goods?

MR. SATTAR: Yes, for services.

MR. RUDEWICZ: For services. What kind of services?

MR. SATTAR: It's construction. So, it's like when you do cable installation, Citi Connect, LLC was involved in providing cable install to customers. But when we would get construction work, which would require us to put cable inside the building, that work would be deferred to Citi Connect Industries and that’s the services they provided.

MR. RUDEWICZ: Okay. Thank you. Yeah, if you could provide us with the contract with Citi Connect Industries, LLC and then just any additional -- the recent invoices and then any documents that show that it was