**Exhibit D**

United States Trustee Letter

**U.S. Department of Justice**
Office of the United States Trustee
*Southern District of New York*

Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408
Phone: (212) 510-0500

April 25, 2025

**VIA EMAIL**
Nicholas Pasalides
Eckert Seamans Cherin & Mellott, LLC
10 Bank Street, Suite 700
White Plains, NY 10606
npasalides@eckertseamans.com

**In re: Citi Connect LLC, Chapter 11, Case No.: 25-10369 (LGB)**

Dear Mr. Pasalides:

The Office of the United States Trustee is charged with the responsibility pursuant to 28 U.S.C. Section 586(a) to supervise the administration of bankruptcy cases, and when appropriate, take such action as the United States Trustee deems appropriate to ensure that all reports, schedules and fees required under Title 11 are properly and timely filed.

The purpose of this letter is to advise you that this Office has concerns regarding the petition, schedules, and statement of financial affairs filed, as well as prepetition transfers and related actions involving Citi Connect LLC (the "Debtor"). Please provide complete copies of the following documents to this Office on or before **May 9, 2025:**

(a) All documents relating to any contract(s) between the Debtor and Citi Connect Industries, LLC;
(b) All documents relating to any invoices provided to Citi Connect Industries, LLC for the period March 1, 2021 through February 27, 2025;
(c) All documents relating to the account receivable for amounts owed to the Debtor by Citi Connect Industries, LLC;
(d) A list of all transfers between the Debtor and Corbel Communications Industries for the period March 1, 2021 through February 27, 2025;
(e) All documents relating to any transfers between the Debtor and Corbel Communications Industries for the period March 1, 2021 through February 27, 2025;
(f) A list of all transfers between the Debtor and Corbel Communications Inc. for the period March 1, 2021 through February 27, 2025; and

(g) All documents relating to any transfers between the Debtor and Corbel Communications Inc. for the period March 1, 2021 through February 27, 2025;

Please send all documents by email to Paralegal Specialist Amanda Cassara at amanda.d.cassara@usdoj.gov. Alternatively, you may mail, or hand deliver the documents to this Office at the address listed above. If you have any questions, please feel free to contact the undersigned. Thank you for your anticipated cooperation in this matter.

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE

*By:* */s/ Daniel Rudewicz*
Daniel Rudewicz
Trial Attorney