**Exhibit E**

Debtor Response Letter

ECKERT SEAMANS
ATTORNEYS AT LAW

Eckert Seamans Cherin & Mellott, LLC
10 Bank Street, Suite 700
White Plains, NY 10606

TEL: (914) 949-2909
FAX: (914) 949-5424
www.eckertseamans.com

Nicholas Pasalides, Esq.
Direct Dial: (914) 286-2851
npasalides@eckertseamans.com

May 9, 2025

Via e-mail Amanda Cassara (amanda.d.cassara@usdoj.gov)

Office of the United States Trustee
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408
Attn: Daniel Rudewicz

**Re:** ***In re: Citi Connect LLC,***
***Chapter 11, Case No.: 25-10369 (LGB)***

Dear Mr. Ruderwitz,

As you are aware our firm is counsel to Citi Connect LLC (the "Debtor") in the above recorded matter. We write in response to your correspondence of April 25, 2025, and address each of the requests enumerated in your letter below:

**(a) All documents relating to any contract(s) between the Debtor and Citi Connect Industries, LLC**

Enclosed herewith please find two agreements dated January 2021 and January 2023 respectively for MDU/OSP Construction Services between the Debtor and Citi Connect Industries LLC ("Industries").

Industries acted as a subcontractor for the Debtor on various construction projects realted to telecommunications work being performed by the Debtor. As part of those subcontracts Industries is currently due approximately $3,000.000.00 from the Debtor.

**(b) All documents relating to any invoices provided to Citi Connect Industries, LLC for the period March 1, 2021 through February 27, 2025;**

The Debtor did not provide invoices to Industries as the amounts due were in the nature of management fees earned from proving back-office support and infrastructure to Industries to allow it to execute its contracts with the Debtor. The fees due were payable as a percentage due upon the work being performed by Industries under the subcontract.

**(c) All documents relating to the account receivable for amounts owed to the Debtor by Citi Connect Industries, LLC;**

Enclosed herewith please find a listing of account receivables for amounts owed to the Debtor by Citi Connect Industries LLC

**(d) A list of all transfers between the Debtor and Corbel Communications Industries for the period March 1, 2021 through February 27, 2025;**

Attached hereto please find a list of transfers between the Debtor and Corbel Communications Industries.

**(e) All documents relating to any transfers between the Debtor and Corbel Communications Industries for the period March 1, 2021 through February 27, 2025;**

Attached hereto please find bank statements evidencing the transfers listed in resposne to request (d) as well as a promissory note evidencing the transfer dated September 3, 2021.

By way of explanation, the transfers labeled internet service share are from a period in which the Debtor and Corbel occupied the same office space and split internet usage.

The other transfers delineated on the excel spreadsheet were loans for expenses paid by Citi Connect for Corbel. The necessary for Citi Connect to make said loans was precipitated by a fraud perpetrated on Corbel by its former COO Dan Urban. (“Urban”).

In or about the spring of 2021, Urban, then COO of Corbel Communications Industries brokered a deal whereby Corbel agreed to sell all its assets outside New York to an entity named Cavallo Capital Partners, LLC (“Cavallo”). Unknown to Corbel at the time Cavallo was actually owned by Urban and other co-conspirators. Urban’s ultimate plan to utilize Cavallo as a shell to purchase the Corbell assts and then subsequently transfer those assets to another entity owned by Urban, LatLong Infrastructure (“LatLong”).

On June 1, 2021, Corbel and Cavallo entered into an Asset Purchase Agreement (“APA”), by which Corbel agreed to sell to Cavallo a portion of its assets. Cavallo agreed to pay a total purchase price of $19,990,697.65 (the “Purchase Price”) on or before the date of closing, September 17, 2021 (“Closing Date”). The closing had previously been pushed back several times from June until September.

As Corbel was no longer operating in a traditional sense, in anticipation of the Closing Date it required funds to cover its then existing payroll. Corbel approached the Debtor to provide a short-term loan for Corbel’s payroll expenses. The intention being that Corbel would re-pay the loan once the closing had occurred.

On the Closing Date Cavallo and its co-conspirators, LatLong and Urban, immediately took control of all of the Assets after closing yet Cavallo has not paid one penny of the Purchase Price. Cavallo and LatLong retained possession of Corbel's assets and refuse to return them to Corbel.

Thereafter, Urban and his co-conspirators provided Corbel with fraudulent wire transfer "confirmations" that purported to show that an unknown entity, HK Group, had initiated international wire transfers from Union Bank of Switzerland for the parts of the Purchase Price that were due to be paid on the Closing Date. At most, the international wires should have been received within days. However, days turned into weeks with no indication that the funds had been received—or even sent.

.

To date the purchase price has not been paid, the fraud has materially affected Corbel and its ability to operate. The matter remains embroiled in litigation in the State of California. As a result of the fraud, Corbel did not have the cash available to meet its obligations and was forced to take loans from both Citi Connect and the Debtor's principal.

**(f) A list of all transfers between the Debtor and Corbel Communications Inc. for the period March 1, 2021 through February 27, 2025; and**

There are no transfers Corbel Communications Inc., was dissolved in or about 2016.

**(g) All documents relating to any transfers between the Debtor and Corbel Communications Inc. for the period March 1, 2021 through February 27, 2025**

There are no transfers Corbel Communications Inc., was dissolved in or about 2016.

Very truly yours,

*Nicholas A. Pasalides*

Nicholas A. Pasalides