UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CITI CONNECT, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-10369 (LGB) |

**NOTICE OF APPOINTMENT OF AN EXAMINER**

To Stephanie Wickouski:

You are hereby notified of your appointment as Examiner of the estate of the above-captioned Debtor, subject to Court approval.

Dated: August 13, 2026
New York, New York

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE

By: */s/ Daniel Rudewicz*

Daniel Rudewicz, Esq.
Trial Attorney
U.S. Department of Justice
Office of the United States Trustee - SDNY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1408
Tel. No. (212) 510-0500