UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CITI CONNECT, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-10369 (LGB) |

**ORDER APPROVING APPOINTMENT OF AN EXAMINER**

Upon the *Application of the United States Trustee for Order Approving Appointment of Examiner*, dated August 13, 2026 (ECF No. 73); and upon the *Declaration of Stephanie Wickouski*, dated August 13, 2026 (ECF No. 74); and upon the *Amended Declaration of Stephanie Wickouski*, dated August 24, 2026 (ECF No. 76); and it appearing that Stephanie Wickouski, a disinterested person within the meaning of 11 U.S.C. §101(14), has been appointed by the United States Trustee as examiner in the above-captioned Chapter 11 case, and after due deliberation and sufficient cause appearing thereof; it is hereby

**ORDERED**, that the appointment of Stephanie Wickouski, as examiner, is approved in pursuant to 11 U.S.C. §1104(c); and it is further

**ORDERED**, that the Court shall retain jurisdiction over all matters arising out of or related to the implementation and execution of this Order.

Dated: August 24, 2026
New York, New York

**/s/ Lisa G. Beckerman**__________________
HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE