Bradford J. Sandler, Esq.
Brooke E. Wilson, Esq. (*pro hac vice* pending)
PACHULSKI STANG ZIEHL & JONES LLP
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Email: bsandler@pszjlaw.com
bwilson@pszjlaw.com

*Proposed Counsel to Stephanie Wickouski, the Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CITI CONNECT, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-10369 (LGB) |

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Brooke E. Wilson, respectfully request admission, ***pro hac vice*****,** before the Honorable Lisa G. Beckerman, to represent Stephanie Wickouski, the court-appointed examiner (in such capacity, the "Examiner"), in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of New York, the bar in the State of California, and the bar of the U.S. District Court for the Northern District of California.

I have submitted the filing fee of $200.00 with the motion for *pro hac vice* admission.

[*Remainder of page intentionally left blank*]

Dated: August 25, 2026
New York, New York

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Bradford J. Sandler*

Bradford J. Sandler, Esq.
Brooke E. Wilson, Esq. (*pro hac vice* pending)
1700 Broadway, 36th Floor
New York, New York 10019
Telephone: 212-561-7700
Facsimile: 212-561-7777

*Proposed Counsel to Stephanie Wickouski, the Examiner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CITI CONNECT, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-10369 (LGB) |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Brooke E. Wilson to be admitted, *pro hac vice*, to represent Stephanie Wickouski, the court-appointed examiner (in such capacity, the "Examiner") in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of New York, the bar in the State of California, and the bar of the U.S. District Court for the Northern District of California, it is hereby

**ORDERED**, that Brooke E. Wilson, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Examiner, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: ____________, 2026
New York, New York

/s/________________________________
HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE