**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CITI CONNECT, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-10369 (LGB) |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Brooke E. Wilson (the "Motion") [ECF 80] to be admitted, *pro hac vice*, to represent Stephanie Wickouski, the court-appointed examiner (in such capacity, the "Examiner") in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of New York, the bar in the State of California, and the bar of the U.S. District Court for the Northern District of California, it is hereby

**ORDERED**, that Brooke E. Wilson, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Examiner, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: August 27, 2026
New York, New York

***/s/ Lisa G. Beckerman*****________________**
HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE