**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CITI CONNECT, LLC<br><br>Debtor. | Chapter 11<br><br>Case No. 25-10369 (LGB) |

**ORDER APPROVING EXAMINER'S WORK PLAN AND BUDGET**

Upon the motion (the "Motion")[1] [ECF No. 79] of the Examiner for entry of an order approving the Examiner's proposed Work Plan and Budget, all as more fully described in the Motion; and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Motion; and there being no timely objections to the requested relief, after due notice; and the Court hereby finding and determining that the relief sought in the Motion and granted herein is necessary and in the best interest of the Debtor, its estate, creditors, and all parties-in-interest; and after due deliberation and finding good cause to grant the Motion and sufficient and just cause for the relief granted herein; therefore,

**IT IS HEREBY ORDERED THAT**:

1. The Examiner's Work Plan and Budget are hereby approved.

---

[1] All capitalized terms used but otherwise not defined herein shall have the meanings set forth in the Motion.

2. The Order does not preclude the Examiner from seeking the Court's authority to modify the Work Plan and correspondingly increase the Budget within the scope of the Examination Order.

3. To the extent that the Examiner seeks to materially modify the Work Plan and/or Budget, the Examiner will seek approval of any such modifications by further order of the Court.

4. The Debtor expressly reserves its rights to object to any application for compensation and reimbursement of expenses filed by the Examiner and any professionals retained by the Examiner pursuant to 11 U.S.C. § 330, and nothing herein shall be deemed a waiver of any such rights.

Dated: September 3, 2026
New York, New York

***/s/ Lisa G. Beckerman***
HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE