**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CITI CONNECT, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 25-10369 (LGB) |

**CERTIFICATE OF SERVICE**

I, Andrea Bates, am over the age of eighteen years and am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the above-captioned case and my business address is 1700 Broadway, 36th Floor, New York, NY 10019.

On October 2, 2026, in addition to service via the Court's ECF system, I caused true and correct copies of the following documents to be served via U.S. Mail, first class postage, delivery upon the parties set forth on the service list annexed hereto as **Exhibit 1** and via electronic mail upon the parties set forth on the service listed annexed hereto as **Exhibit 2**.

*Reply in Support of Application for Entry of an Order Authorizing the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to Stephanie Wickouski, the Examiner, Effective as of August 14, 2026* [Docket No. 95];

*Reply in Support of Application of the Examiner for Entry of an Order Authorizing the Employment of Pivot Management Group, LLC Effective as of August 14, 2026* [Docket No. 96]; and

*Notice of Presentment of Examiner's Motion for Entry of an Order Extending the Deadline to File the Examiner's Report* [Docket No. 97].

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 2nd day of October 2026.

*/s/ Andrea Bates*
Andrea Bates

**EXHIBIT 1**

**Via U.S. Mail**

| | |
|---|---|
| **CITI CONNECT, LLC**<br>450 Southern Boulevard<br>Bronx, NY 10455 | **Nicholas A. Pasalides**<br>Eckert Seamans Cherin & Mellott LLC<br>10 Bank Street<br>Suite 700<br>White Plains, NY 10606 |
| **VIRGINIA & AMBINDER, LLP**<br>Attn: Lillianna Iorfino, Esq.<br>40 Broad Street, 7th Floor<br>New York, New York 10004 | **VIRGINIA & AMBINDER, LLP**<br>Attn: Allison Herstic, Esq.<br>40 Broad Street, 7th Floor<br>New York, New York 10004 |
| **VIRGINIA & AMBINDER, LLP**<br>Attn: Maura Moosnick, Esq.<br>40 Broad Street, 7th Floor<br>New York, New York 10004 | **United States Trustee**<br>Office of the United States Trustee - NY<br>Attn: Daniel Rudewicz, Esq.<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 534<br>New York, NY 10004-1408 |

**EXHIBIT 2**

**Via Electronic Mail**

Nicholas A. Pasalides
npasalides@eckertseamans.com

Daniel Rudewicz
daniel.rudewicz@usdoj.gov

Allison Herstic, Esq.
aherstic@vandallp.com

Lillianna Iorfino, Esq.
liorfino@vandallp.com

Maura Moosnick, Esq.
mmoosnick@vandallp.com