**VIRGINIA & AMBINDER, LLP**
Counsel for
JOINT INDUSTRY BOARD OF
THE ELECTRICAL INDUSTRY
40 Broad Street, 7th Floor
New York, New York 10004
(212) 943-9080
Maura Moosnick, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CITI CONNECT, LLC, | : | |
| | : | Case No. 25-10369-lgb |
| | : | |
| Debtor. | : | |

**RESPONSE IN SUPPORT OF**
**DEBTOR'S MOTION TO DISMISS ITS CHAPTER 11 CASE**

**PLEASE TAKE NOTICE** that creditor JOINT INDUSTRY BOARD OF THE ELECTRICAL INDUSTRY (the "Creditor"), by its undersigned counsel, hereby joins in and supports the Debtor's Motion to Dismiss its Chapter 11 Case [ECF Dkt 91] (the "Motion").

The Creditor respectfully requests that the Court grant the Motion and enter the proposed order dismissing the Debtor's Chapter 11 case.

Dated: New York, New York
October 2, 2026

Respectfully submitted,

**VIRGINIA & AMBINDER, LLP**
Counsel for
JOINT INDUSTRY BOARD OF
THE ELECTRICAL INDUSTRY

By: */s/ Maura Moosnick*
Maura Moosnick, Esq.
40 Broad Street, 7th Floor
New York, New York 10004
(212) 943-9080
mmoosnick@vandallp.com