UNITED STATES BANKRUPTCY COURT

Southern DISTRICT OF New York

In Re. CITI CONNECT, LLC §
§
§
Debtor(s) §

Case No. 25-10369

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 06/30/2026

Petition Date: 02/27/2025

Months Pending: 16

Industry Classification: 2 3 8 9

Reporting Method: Accrual Basis ◉ Cash Basis ○

Debtor's Full-Time Employees (current): 8

Debtor's Full-Time Employees (as of date of order for relief): 8

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/
Signature of Responsible Party

07/29/2026
Date

Angelo J Pino
Printed Name of Responsible Party

450 Southern Blvd
Bronx NY 10455
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name CITI CONNECT, LLC Case No. 25-10369

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $610,109 | |
| b. Total receipts (net of transfers between accounts) | $264,177 | $3,251,296 |
| c. Total disbursements (net of transfers between accounts) | $186,077 | $2,874,069 |
| d. Cash balance end of month (a+b-c) | $688,210 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $186,077 | $2,874,069 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $264,749 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory (Book ○ Market ◉ Other ○ (attach explanation)) | $65,484 |
| d Total current assets | $2,088,084 |
| e. Total assets | $2,088,085 |
| f. Postpetition payables (excluding taxes) | $4,652 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $4,652 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $5,066,326 |
| n. Total liabilities (debt) (j+k+l+m) | $5,070,978 |
| o. Ending equity/net worth (e-n) | $-2,982,893 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $249,362 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $249,362 | |
| d. Selling expenses | $147,430 | |
| e. General and administrative expenses | $45,171 | |
| f. Other expenses | $252 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $56,509 | $370,138 |

Debtor's Name CITI CONNECT, LLC Case No. 25-10369

## Part 5: Professional Fees and Expenses

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | $42,951 | $0 | $42,951 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Eckert Seamans, Cherin & Mello | Lead Counsel | | $42,951 | $0 | $42,951 |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

Debtor's Name CITI CONNECT, LLC Case No. 25-10369

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |

Debtor's Name CITI CONNECT, LLC Case No. 25-10369

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

Debtor's Name CITI CONNECT, LLC Case No. 25-10369

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |

Debtor's Name CITI CONNECT, LLC Case No. 25-10369

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6: Postpetition Taxes | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $6,673 | $118,116 |
| d. | Postpetition employer payroll taxes paid | $6,540 | $113,736 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ◯ No ◉ | |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ◯ No ◉ | |
| c. | Were any payments made to or on behalf of insiders? | Yes ◯ No ◉ | |
| d. | Are you current on postpetition tax return filings? | Yes ◉ No ◯ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉ No ◯ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◉ No ◯ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ◯ No ◉ | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ◯ No ◯ N/A ◉ | |
| i. | Do you have: Worker's compensation insurance? | Yes ◉ No ◯ | |
| | If yes, are your premiums current? | Yes ◉ No ◯ N/A ◯ | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ◉ No ◯ | |
| | If yes, are your premiums current? | Yes ◉ No ◯ N/A ◯ | (if no, see Instructions) |
| | General liability insurance? | Yes ◉ No ◯ | |
| | If yes, are your premiums current? | Yes ◉ No ◯ N/A ◯ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ◯ No ◉ | |
| k. | Has a disclosure statement been filed with the court? | Yes ◯ No ◉ | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ◉ No ◯ | |

Debtor's Name CITI CONNECT, LLC Case No. 25-10369

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ ______________________
Signature of Responsible Party

Angelo J Pino
Printed Name of Responsible Party

MEMBER
Title

07/29/2026
Date

Debtor's Name CITI CONNECT, LLC Case No. 25-10369

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name CITI CONNECT, LLC Case No. 25-10369

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

PageThree

PageFour

# Statement of cash receipts and disbursements

9:23 AM
07/29/26
Accrual Basis

**CITI CONNECT, LLC**
**Transactions by Account**
**As of June 30, 2026**

| Type | Date | Num | Name | Memo | Class | Clr | Split | Disbursement | Receipts |
|---|---|---|---|---|---|---|---|---|---|
| Check | 06/08/2026 | | M&T BANK | | | | BANK SERVICE CHARGE(MONTHLY) | -86.00 | |
| Bill Pmt -Check | 06/01/2026 | ACH | SPIRALAXIS iDESIGNS, INC. | 0526 CC LLC ADMIN 8139 | | √ | 2000 · Accounts Payable | -6,000.00 | |
| Check | 06/04/2026 | ACH | AJNC Communication | | | √ | SUB TW | -1,617.68 | |
| Check | 06/04/2026 | ACH | CG CABLE TECH | | | √ | SUB TW | -2,832.64 | |
| Check | 06/04/2026 | ACH | E&E Communications | | | √ | SUB TW | -2,678.53 | |
| Check | 06/04/2026 | ACH | EVRIX LLC | | | √ | SUB TW | -1,134.51 | |
| Check | 06/04/2026 | ACH | Famous 1 Communications LLC | | | √ | SUB TW | -1,880.33 | |
| Check | 06/04/2026 | ACH | J Connect LLC | | | √ | SUB TW | -10,879.68 | |
| Check | 06/04/2026 | ACH | Jenecix Inc | | | √ | SUB TW | -2,021.67 | |
| Check | 06/04/2026 | ACH | Kingsley Falconer LLC | | | √ | SUB TW | -2,038.43 | |
| Check | 06/04/2026 | ACH | KLB WIRING | | | √ | SUB TW | -2,568.19 | |
| Check | 06/04/2026 | ACH | OG SERVICES LLC | | | √ | SUB TW | -2,366.04 | |
| Deposit | 06/08/2026 | | | Deposit | | √ | 12000 · Undeposited Funds | 4,243.04 | |
| Check | 06/08/2026 | ACH | M&T BANK | | | √ | BANK SERVICE CHARGE(MONTHLY) | -83.00 | |
| Check | 06/11/2026 | ACH | TRI STATE COMMUNICATION LLC | PID6766560WO3540985- 8 HENRY AVE | | √ | -SPLIT- | -2,575.73 | |
| Check | 06/11/2026 | ACH | AJNC Communication | | | √ | SUB TW | -1,592.67 | |
| Check | 06/11/2026 | ACH | CG CABLE TECH | | | √ | SUB TW | -335.91 | |
| Check | 06/11/2026 | ACH | E&E Communications | | | √ | SUB TW | -2,156.43 | |
| Check | 06/11/2026 | ACH | EVRIX LLC | | | √ | SUB TW | -1,513.91 | |
| Check | 06/11/2026 | ACH | Famous 1 Communications LLC | | | √ | SUB TW | -1,530.45 | |
| Check | 06/11/2026 | ACH | J Connect LLC | | | √ | SUB TW | -10,452.10 | |
| Check | 06/11/2026 | ACH | Jenecix Inc | | | √ | SUB TW | -2,315.37 | |
| Check | 06/11/2026 | ACH | Kingsley Falconer LLC | | | √ | SUB TW | -1,804.78 | |
| Check | 06/11/2026 | ACH | KLB WIRING | | | √ | SUB TW | -2,812.65 | |
| Check | 06/11/2026 | ACH | MARS COMMUNICATIONS | | | √ | SUB TW | -1,492.64 | |
| Check | 06/11/2026 | ACH | OG SERVICES LLC | | | √ | SUB TW | -3,397.63 | |
| Check | 06/12/2026 | ACH | MAG Communications LLC | PID6757589WO3528086- 68 WILLIAM ST | | √ | -SPLIT- | -2,329.50 | |
| Deposit | 06/15/2026 | | | Deposit | | √ | 12000 · Undeposited Funds | | 242,646.63 |
| Deposit | 06/16/2026 | | | Deposit | | √ | 12000 · Undeposited Funds | | 8,745.62 |
| Check | 06/18/2026 | ACH | MAG Communications LLC | PID6772443WO3554076- 1530 PALISADE AVE | | √ | SUB TW | -1,060.76 | |
| Deposit | 06/18/2026 | | | Deposit | | √ | 12000 · Undeposited Funds | | 4,349.31 |
| Check | 06/18/2026 | ACH | AJNC Communication | | | √ | SUB TW | -2,381.27 | |
| Check | 06/18/2026 | ACH | CG CABLE TECH | | | √ | SUB TW | -3,093.36 | |
| Check | 06/18/2026 | ACH | E&E Communications | | | √ | SUB TW | -3,122.70 | |
| Check | 06/18/2026 | ACH | EVRIX LLC | | | √ | SUB TW | -2,145.79 | |
| Check | 06/18/2026 | ACH | Famous 1 Communications LLC | | | √ | SUB TW | -3,128.88 | |
| Check | 06/18/2026 | ACH | J Connect LLC | | | √ | SUB TW | -14,523.26 | |
| Check | 06/18/2026 | ACH | Jenecix Inc | | | √ | SUB TW | -3,297.72 | |
| Check | 06/18/2026 | ACH | Kingsley Falconer LLC | | | √ | SUB TW | -3,321.19 | |
| Check | 06/18/2026 | ACH | KLB WIRING | | | √ | SUB TW | -3,915.17 | |
| Check | 06/18/2026 | ACH | MARS COMMUNICATIONS | | | √ | SUB TW | -3,627.96 | |
| Check | 06/18/2026 | ACH | OG SERVICES LLC | | | √ | SUB TW | -4,595.44 | |
| Check | 06/18/2026 | ACH | NYC ECB FINES | | | √ | ECB VIOLATION | -1,573.60 | |
| Bill Pmt -Check | 06/18/2026 | ACH | Employers Assurance Co | | | √ | 2000 · Accounts Payable | -1,742.50 | |
| Deposit | 06/24/2026 | | | Deposit | | √ | 12000 · Undeposited Funds | | 4,469.40 |
| Check | 06/25/2026 | ACH | AJNC Communication | | | √ | SUB TW | -1,897.50 | |
| Check | 06/25/2026 | ACH | CG CABLE TECH | | | √ | SUB TW | -2,529.43 | |
| Check | 06/25/2026 | ACH | E&E Communications | | | √ | SUB TW | -2,229.90 | |
| Check | 06/25/2026 | ACH | EVRIX LLC | | | √ | SUB TW | -1,404.48 | |
| Check | 06/25/2026 | ACH | Famous 1 Communications LLC | | | √ | SUB TW | -1,801.69 | |
| Check | 06/25/2026 | ACH | J Connect LLC | | | √ | SUB TW | -11,488.16 | |
| Check | 06/25/2026 | ACH | Jenecix Inc | | | √ | SUB TW | -1,880.88 | |
| Check | 06/25/2026 | ACH | Kingsley Falconer LLC | | | √ | SUB TW | -1,361.31 | |
| Check | 06/25/2026 | ACH | KLB WIRING | | | √ | SUB TW | -2,889.34 | |
| Check | 06/25/2026 | ACH | MARS COMMUNICATIONS | | | √ | SUB TW | -2,943.05 | |

9:23 AM
07/29/26
Accrual Basis

**CITI CONNECT, LLC**
**Transactions by Account**
**As of June 30, 2026**

| | Type | Date | Num | Name | Memo | Class | Clr | Split | Disbursement | Receipts |
|---|---|---|---|---|---|---|---|---|---|---|
| | Check | 06/25/2026 | ACH | OG SERVICES LLC | | | √ | SUB TW | -2,889.52 | |
| | Deposit | 06/29/2026 | | | Deposit | | √ | 12000 · Undeposited Funds | | 3,966.52 |
| | Check | 06/05/2026 | ACH | PRIMEPAY | PAYROLL TAX PAYABLE | | √ | PAYROLL TAX PAYABLE | -1,732.03 | |
| | Check | 06/05/2026 | ACH | PRIMEPAY | Employer SS, MED & NYSUI | | √ | PAYROLL TAXES (WEEKLY) EMPLOYER | -729.34 | |
| | Check | 06/05/2026 | ACH | PRIMEPAY | Child Support | | √ | Employee Child Support Payable | -192.69 | |
| | Check | 06/05/2026 | 24150 | ANGEL FRANKY | | | √ | -SPLIT- | -1,280.78 | |
| | Check | 06/05/2026 | 24149 | ANGELA DE LA CRUZ | | | √ | -SPLIT- | -660.95 | |
| | Check | 06/05/2026 | 24151 | BRYAN ROCHESTER | | | √ | -SPLIT- | -1,009.58 | |
| | Check | 06/05/2026 | 24146 | KELVIN DELEON | | | √ | -SPLIT- | -1,558.93 | |
| | Check | 06/05/2026 | 24147 | ROSANA MORALES | | | √ | -SPLIT- | -994.65 | |
| | Check | 06/05/2026 | 24148 | Sorivel Chicon | | | √ | -SPLIT- | -737.19 | |
| | Check | 06/08/2026 | ACH | M&T BANK | | | √ | BANK SERVICE CHARGE(MONTHLY) | -83.00 | |
| | Check | 06/10/2026 | | PRIMEPAY | INV | | √ | PRIMEPAY MONTHLY FEE | -1,176.39 | |
| | Check | 06/12/2026 | ACH | PRIMEPAY | PAYROLL TAX PAYABLE | | √ | PAYROLL TAX PAYABLE | -1,556.25 | |
| | Check | 06/12/2026 | ACH | PRIMEPAY | Employer SS, MED & NYSUI | | √ | PAYROLL TAXES (WEEKLY) EMPLOYER | -599.72 | |
| | Check | 06/12/2026 | ACH | PRIMEPAY | Child Support | | √ | Employee Child Support Payable | -192.69 | |
| | Check | 06/12/2026 | 24156 | ANGEL FRANKY | | | √ | -SPLIT- | -1,145.87 | |
| | Check | 06/12/2026 | 24155 | ANGELA DE LA CRUZ | | | √ | -SPLIT- | -559.62 | |
| | Check | 06/12/2026 | 24157 | BRYAN ROCHESTER | | | √ | -SPLIT- | -928.29 | |
| | Check | 06/12/2026 | 24152 | KELVIN DELEON | | | √ | -SPLIT- | -1,558.93 | |
| | Check | 06/12/2026 | 24153 | ROSANA MORALES | | | √ | -SPLIT- | -994.65 | |
| | Check | 06/12/2026 | 24154 | Sorivel Chicon | | | √ | -SPLIT- | -594.10 | |
| | Check | 06/18/2026 | 24162 | ANGEL FRANKY | | | √ | -SPLIT- | -1,146.37 | |
| | Check | 06/18/2026 | 24161 | ANGELA DE LA CRUZ | | | √ | -SPLIT- | -559.62 | |
| | Check | 06/18/2026 | 24163 | BRYAN ROCHESTER | | | √ | -SPLIT- | -933.91 | |
| | Check | 06/18/2026 | 24158 | KELVIN DELEON | | | √ | -SPLIT- | -1,558.93 | |
| | Check | 06/18/2026 | 24159 | ROSANA MORALES | | | √ | -SPLIT- | -994.65 | |
| | Check | 06/18/2026 | 24160 | Sorivel Chicon | | | √ | -SPLIT- | -526.64 | |
| | Check | 06/19/2026 | ACH | PRIMEPAY | PAYROLL TAX PAYABLE | | √ | PAYROLL TAX PAYABLE | -1,541.40 | |
| | Check | 06/19/2026 | ACH | PRIMEPAY | Employer SS, MED & NYSUI | | √ | PAYROLL TAXES (WEEKLY) EMPLOYER | -567.58 | |
| | Check | 06/19/2026 | ACH | PRIMEPAY | Child Support | | √ | Employee Child Support Payable | -192.69 | |
| | Check | 06/26/2026 | ACH | PRIMEPAY | PAYROLL TAX PAYABLE | | √ | PAYROLL TAX PAYABLE | -1,710.44 | |
| | Check | 06/26/2026 | ACH | PRIMEPAY | Employer SS, MED & NYSUI | | √ | PAYROLL TAXES (WEEKLY) EMPLOYER | -603.92 | |
| | Check | 06/26/2026 | ACH | PRIMEPAY | Child Support | | √ | Employee Child Support Payable | -192.69 | |
| | Check | 06/26/2026 | 24168 | ANGEL FRANKY | | | √ | -SPLIT- | -1,286.84 | |
| | Check | 06/26/2026 | 24167 | ANGELA DE LA CRUZ | | | √ | -SPLIT- | -660.95 | |
| | Check | 06/26/2026 | 24169 | BRYAN ROCHESTER | | | √ | -SPLIT- | -1,029.23 | |
| | Check | 06/26/2026 | 24164 | KELVIN DELEON | | | √ | -SPLIT- | -1,558.93 | |
| | Check | 06/26/2026 | 24165 | ROSANA MORALES | | | √ | -SPLIT- | -994.65 | |
| | Check | 06/26/2026 | 24166 | Sorivel Chicon | | | √ | -SPLIT- | -633.13 | |
| **TOTAL** | | | | | | | | | **-186,076.51** | **264,177.48** |

# Balance Sheet

9:48 AM
07/29/26
Accrual Basis

# CITI CONNECT, LLC
## Balance Sheet
### As of June 30, 2026

| | Jun 30, 26 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | 688,210 |
| **Accounts Receivable** | 264,749 |
| **Other Current Assets** | 1,135,125 |
| **Total Current Assets** | 2,088,084 |
| **Fixed Assets** | -629,488 |
| **Other Assets** | 629,488 |
| **TOTAL ASSETS** | **2,088,085** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | 5,070,978 |
| **Equity** | -2,982,893 |
| **TOTAL LIABILITIES & EQUITY** | **2,088,085** |

# Accounts receivable aging

9:32 AM
07/29/26

# CITI CONNECT, LLC
## A/R Aging QuickZoom
### As of June 30, 2026

| Type | Date | Num | P. O. # | Name | Terms | Due Date | Class | Aging | Open Balance |
|---|---|---|---|---|---|---|---|---|---|
| Invoice | 04/02/2026 | G25NJ2092 | | Time Warner Cable Inc | Net 60 | 06/01/2026 | | 29 | 359.52 |
| Invoice | 04/02/2026 | G25NJ2093 | | Time Warner Cable Inc | Net 60 | 06/01/2026 | | 29 | 1,959.52 |
| Invoice | 04/02/2026 | G25NJ2094 | | Time Warner Cable Inc | Net 60 | 06/01/2026 | | 29 | 377.00 |
| Invoice | 04/06/2026 | G25NJ2095 | | Time Warner Cable Inc | Net 60 | 06/05/2026 | | 25 | 340.00 |
| Invoice | 04/16/2026 | G25NJ2096 | | Time Warner Cable Inc | Net 60 | 06/15/2026 | | 15 | 5,847.48 |
| Invoice | 04/16/2026 | G25NJ2097 | | Time Warner Cable Inc | Net 60 | 06/15/2026 | | 15 | 2,121.52 |
| Invoice | 04/16/2026 | G25NJ2098 | | Time Warner Cable Inc | Net 60 | 06/15/2026 | | 15 | 1,341.43 |
| Invoice | 04/16/2026 | G25NJ2099 | | Time Warner Cable Inc | Net 60 | 06/15/2026 | | 15 | 2,231.52 |
| Invoice | 04/29/2026 | G25NJ2100 | | Time Warner Cable Inc | Net 60 | 06/28/2026 | | 2 | 1,341.43 |
| Invoice | 04/30/2026 | 043026INST | | Time Warner Cable Inc | Net 60 | 06/29/2026 | | 1 | 29,347.00 |
| Invoice | 05/02/2026 | 050226INST | | Time Warner Cable Inc | Net 60 | 07/01/2026 | | | 12,500.09 |
| Invoice | 05/04/2026 | G25NJ2101 | | Time Warner Cable Inc | Net 60 | 07/03/2026 | | | 676.00 |
| Invoice | 05/04/2026 | G25NJ2102 | | Time Warner Cable Inc | Net 60 | 07/03/2026 | | | 639.00 |
| Invoice | 05/04/2026 | G25NJ2103 | | Time Warner Cable Inc | Net 60 | 07/03/2026 | | | 1,116.00 |
| Invoice | 05/07/2026 | G25NJ2104 | | Time Warner Cable Inc | Net 60 | 07/06/2026 | | | 1,771.76 |
| Invoice | 05/07/2026 | G25NJ2105 | | Time Warner Cable Inc | Net 60 | 07/06/2026 | | | 350.00 |
| Invoice | 05/15/2026 | G25NJ2106 | | Time Warner Cable Inc | Net 60 | 07/14/2026 | | | 486.00 |
| Invoice | 05/28/2026 | G25NJ2107 | | Time Warner Cable Inc | Net 60 | 07/27/2026 | | | 350.00 |
| Invoice | 06/06/2026 | 060626INST | | Time Warner Cable Inc | Net 60 | 08/05/2026 | | | 65,218.84 |
| Invoice | 06/10/2026 | G25NJ2108 | | Time Warner Cable Inc | Net 60 | 08/09/2026 | | | 513.49 |
| Invoice | 06/12/2026 | G25NJ2109 | | Time Warner Cable Inc | Net 60 | 08/11/2026 | | | 2,126.42 |
| Invoice | 06/12/2026 | G25NJ2111 | | Time Warner Cable Inc | Net 60 | 08/11/2026 | | | 1,129.45 |
| Invoice | 06/13/2026 | 061326INST | | Time Warner Cable Inc | Net 60 | 08/12/2026 | | | 51,137.93 |
| Invoice | 06/18/2026 | G25NJ2112 | | Time Warner Cable Inc | Net 60 | 08/17/2026 | | | 2,121.52 |
| Invoice | 06/20/2026 | 062026INST | | Time Warner Cable Inc | Net 60 | 08/19/2026 | | | 45,804.14 |
| Invoice | 06/26/2026 | G25NJ2113 | | Time Warner Cable Inc | Net 60 | 08/25/2026 | | | 1,553.00 |
| Invoice | 06/26/2026 | G25NJ2114 | | Time Warner Cable Inc | Net 60 | 08/25/2026 | | | 1,553.00 |
| Invoice | 06/26/2026 | G25NJ2115 | | Time Warner Cable Inc | Net 60 | 08/25/2026 | | | 1,553.00 |
| Invoice | 06/27/2026 | 062726INST | | Time Warner Cable Inc | Net 60 | 08/26/2026 | | | 28,719.69 |
| Invoice | 06/27/2026 | 062726Adj | | Time Warner Cable Inc | Net 60 | 08/26/2026 | | | 163.01 |
| | | | | | | | | | 264,748.76 |
| **TOTAL** | | | | | | | | | **264,748.76** |

# Bank statements and bank reconciliations

M&T Bank

Customer Statement for the Period
06/01/26 - 06/30/26

P.O. Box 767, Buffalo, NY 14240-0767

**155N 0 08003M ERR 30A**

000000 P

**CITI CONNECT LLC**
**CONST**
**450 SOUTHERN BLVD**
**BRONX NY 10455**

**Questions?** We're here to help.

**Call:**
**PARK AVENUE NEW YORK**
1-732-590-1426

**Treasury Management Service Team**
1-800-724-2240
Monday - Friday, 8am - 6pm ET

**Contact a branch:**
Go to **mtb.com/locations** to find a location near you

**Visit us online:** **mtb.com**

## Statement Summary

Here's a quick glance at your account on this statement:

| Account | Number | Ending Balance |
|---|---|---|
| BUSINESS PREMIUM CHECKING | [redacted] | $312,155.98 |
| **Total Deposits** | | **$312,155.98** |

M&T Bank



## BUSINESS PREMIUM CHECKING [redacted]

### Account Summary

**Account Title:** CITI CONNECT LLC
CONST

| | |
|---|---|
| **Beginning Balance:** | **$305,241.98** |
| (+) 1 Deposits & Other Credits | $7,000.00 |
| (-) Checks & 1 Other Debits | $0.00 |
| (-) Service Charges | $86.00 |
| **Ending Balance:** | **$312,155.98** |

### Account Activity

| Posting Date | Transaction Description | Deposits & Other Credits (+) | Checks & Other Debits (-) | Daily Balance |
|---|---|---|---|---|
| 06/01/2026 | Beginning Balance | | | $305,241.98 |
| 06/08/2026 | SERVICE CHARGE FOR ACCOUNT [redacted] | | $86.00 | 305,155.98 |
| 06/25/2026 | XFER FROM: [redacted] | $7,000.00 | | 312,155.98 |
| **Ending Balance:** | | | | **$312,155.98** |
| NUMBER OF DEPOSITS/CHECKS PAID | | 1 | 0 | |

M&T Bank

Customer Statement for the Period
06/01/26 - 06/30/26

P.O. Box 767, Buffalo, NY 14240-0767

**155N 0 08003M ERR 30A**

000000 N

**CITI CONNECT LLC**
**INSTALLS**
**53 W 36TH ST SUITE 704**
**NEW YORK NY 10018**

## Questions? We're here to help.

**Call:**
**PARK AVENUE NEW YORK**
1-732-590-1426

**Treasury Management Service Team**
1-800-724-2240
Monday - Friday, 8am - 6pm ET

**Contact a branch:**
Go to **mtb.com/locations** to find a location near you

**Visit us online:** **mtb.com**

## Statement Summary

Here's a quick glance at your account on this statement:

| Account | Number | Ending Balance |
|---|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | [redacted] | $332,825.41 |
| **Total Deposits** | | **$332,825.41** |

M&T Bank



## M&T SIMPLE CHECKING FOR BUSINESS [redacted]

### Account Summary

**Account Title:** CITI CONNECT LLC
INSTALLS

| | |
|---|---|
| **Beginning Balance:** | **$280,660.22** |
| (+) 6 Deposits & Other Credits | $268,420.52 |
| (-) Checks & 14 Other Debits | $216,172.33 |
| (-) Service Charges | $83.00 |
| **Ending Balance:** | **$332,825.41** |

### Account Activity

| Posting Date | Transaction Description | Deposits & Other Credits (+) | Checks & Other Debits (-) | Daily Balance |
|---|---|---|---|---|
| 06/01/2026 | Beginning Balance | | | $280,660.22 |
| 06/02/2026 | CITI CONNECT LLC CORP PAY -SETT-ONLINEACH | | $6,000.00 | 274,660.22 |
| 06/03/2026 | XFER TO : [redacted] | | 13,500.00 | 261,160.22 |
| 06/04/2026 | CITI CONNECT LLC PAYMENT -SETT-ONLINEACH | | 30,017.70 | 231,142.52 |
| 06/08/2026 | SERVICE CHARGE FOR ACCOUNT [redacted] | | 83.00 | 231,059.52 |
| 06/09/2026 | CHARTER COMM OP, TRADE PAY | $4,243.04 | | 235,302.56 |
| 06/11/2026 | XFER TO : [redacted] | | 13,500.00 | 221,802.56 |
| 06/11/2026 | CITI CONNECT LLC PAYMENT -SETT-ONLINEACH | | 29,404.54 | 192,398.02 |
| 06/12/2026 | CITI CONNECT LLC PAYMENT -SETT-ONLINEACH | | 4,905.23 | 187,492.79 |
| 06/16/2026 | CHARTER COMM OP, TRADE PAY | 242,646.63 | | 430,139.42 |
| 06/16/2026 | CHARTER COMM OP, TRADE PAY | 8,745.62 | | 438,885.04 |
| 06/17/2026 | XFER TO : [redacted] | | 13,500.00 | 425,385.04 |
| 06/18/2026 | CITI CONNECT LLC PAYMENT -SETT-ONLINEACH | | 48,213.50 | 377,171.54 |
| 06/18/2026 | NYC ECB FINES ECB Fines C 535529522 | | 1,573.60 | 375,597.94 |
| 06/18/2026 | Employers Insura debitpmt #622378051 | | 1,742.50 | 373,855.44 |
| 06/22/2026 | CHARTER COMM OP, TRADE PAY | 4,349.31 | | 378,204.75 |
| 06/24/2026 | XFER TO : [redacted] | | 13,500.00 | 364,704.75 |
| 06/25/2026 | CHARTER COMM OP, TRADE PAY | 4,469.40 | | 369,174.15 |
| 06/25/2026 | XFER TO : [redacted] | | 7,000.00 | 362,174.15 |
| 06/25/2026 | CITI CONNECT LLC PAYMENT -SETT-ONLINEACH | | 33,315.26 | 328,858.89 |

M&T Bank



## Account Activity - *continued*

| Posting Date | Transaction Description | Deposits & Other Credits (+) | Checks & Other Debits (-) | Daily Balance |
|---|---|---|---|---|
| 06/30/2026 | CHARTER COMM OP, TRADE PAY | 3,966.52 | | 332,825.41 |
| **Ending Balance:** | | | | **$332,825.41** |
| NUMBER OF DEPOSITS/CHECKS PAID | | 6 | 0 | |

M&T Bank

Customer Statement for the Period
06/01/26 - 06/30/26

P.O. Box 767, Buffalo, NY 14240-0767

**155N 0 08003M ERR 30A**

000000 N

**CITI CONNECT LLC**
**PR**
**450 SOUTHERN BLVD**
**BRONX NY 10455**

**Questions?** We're here to help.

**Call:**
**PARK AVENUE NEW YORK**
1-732-590-1426

**Treasury Management Service Team**
1-800-724-2240
Monday - Friday, 8am - 6pm ET

**Contact a branch:**
Go to **mtb.com/locations** to find a location near you

**Visit us online:** **mtb.com**

## Statement Summary

Here's a quick glance at your account on this statement:

| Account | Number | Ending Balance |
|---|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | [redacted] | $47,025.43 |
| **Total Deposits** | | **$47,025.43** |

**THIS PAGE HAS BEEN INTENTIONALLY LEFT BLANK.**

M&T Bank



## M&T SIMPLE CHECKING FOR BUSINESS [redacted]

### Account Summary

**Account Title:** CITI CONNECT LLC

| | |
|---|---|
| **Beginning Balance:** | **$28,003.65** |
| (+) 4 Deposits & Other Credits | $54,000.00 |
| (-) Checks & 14 Other Debits | $34,895.22 |
| (-) Service Charges | $83.00 |
| **Ending Balance:** | **$47,025.43** |

### Account Activity

| Posting Date | Transaction Description | Deposits & Other Credits (+) | Checks & Other Debits (-) | Daily Balance |
|---|---|---|---|---|
| 06/01/2026 | Beginning Balance | | | $28,003.65 |
| 06/03/2026 | XFER FROM: [redacted] | $13,500.00 | | 41,503.65 |
| 06/04/2026 | CITI CONNECT LLC ECSS TRANS 1464473244 | | $192.69 | 41,310.96 |
| 06/04/2026 | CITI CONNECT LLC PAYROLL 464473244 | | 6,242.08 | 35,068.88 |
| 06/05/2026 | PRIMEPAY LLC TAX COL | | 2,461.37 | 32,607.51 |
| 06/08/2026 | SERVICE CHARGE FOR ACCOUNT [redacted] | | 83.00 | 32,524.51 |
| 06/10/2026 | PRIMEPAY INVOICE INVOICE _0000C2YYIAQ1 | | 1,176.39 | 31,348.12 |
| 06/11/2026 | XFER FROM: [redacted] | 13,500.00 | | 44,848.12 |
| 06/11/2026 | CITI CONNECT LLC ECSS TRANS 1464473244 | | 192.69 | 44,655.43 |
| 06/11/2026 | CITI CONNECT LLC PAYROLL 464473244 | | 5,781.46 | 38,873.97 |
| 06/12/2026 | PRIMEPAY LLC TAX COL | | 2,155.97 | 36,718.00 |
| 06/17/2026 | XFER FROM: [redacted] | 13,500.00 | | 50,218.00 |
| 06/18/2026 | CITI CONNECT LLC ECSS TRANS 1464473244 | | 192.69 | 50,025.31 |
| 06/18/2026 | CITI CONNECT LLC PAYROLL 464473244 | | 5,720.12 | 44,305.19 |
| 06/22/2026 | PRIMEPAY LLC TAX COL | | 2,108.98 | 42,196.21 |
| 06/24/2026 | XFER FROM: [redacted] | 13,500.00 | | 55,696.21 |
| 06/25/2026 | CITI CONNECT LLC ECSS TRANS 1464473244 | | 192.69 | 55,503.52 |
| 06/25/2026 | CITI CONNECT LLC PAYROLL 464473244 | | 6,163.73 | 49,339.79 |

M&T Bank



## Account Activity - *continued*

| Posting Date | Transaction Description | Deposits & Other Credits (+) | Checks & Other Debits (-) | Daily Balance |
|---|---|---|---|---|
| 06/26/2026 | PRIMEPAY LLC TAX COL | | 2,314.36 | 47,025.43 |
| **Ending Balance:** | | | | **$47,025.43** |
| NUMBER OF DEPOSITS/CHECKS PAID | | 4 | 0 | |

| | Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | | **305,241.98** |
| **Cleared Transactions** | | | | | | | |
| **Checks and Payments - 1 item** | | | | | | | |
| | Check | 06/08/2026 | | Bank Service Fees | √ | -86.00 | -86.00 |
| Total Checks and Payments | | | | | | -86.00 | -86.00 |
| **Deposits and Credits - 1 item** | | | | | | | |
| | Transfer | 06/25/2026 | | XFER FROM: [redacted] | √ | 7,000.00 | 7,000.00 |
| Total Deposits and Credits | | | | | | 7,000.00 | 7,000.00 |
| Total Cleared Transactions | | | | | | 6,914.00 | 6,914.00 |
| Cleared Balance | | | | | | 6,914.00 | 312,155.98 |
| Register Balance as of 06/30/2026 | | | | | | 6,914.00 | 312,155.98 |
| **Ending Balance** | | | | | | **6,914.00** | **312,155.98** |

1:29 PM
07/13/26

## CITI CONNECT, LLC
## Reconciliation Detail
### PUB INSTALL 0661, Period Ending 06/30/2026

| | Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | | **280,660.22** |
| **Cleared Transactions** | | | | | | | |
| **Checks and Payments - 55 items** | | | | | | | |
| | Bill Pmt -Check | 06/01/2026 | ACH | SPIRALAXIS iDESIGNS, INC. | √ | -6,000.00 | -6,000.00 |
| | Transfer | 06/03/2026 | | | √ | -13,500.00 | -19,500.00 |
| | Check | 06/04/2026 | ACH | J Connect LLC | √ | -10,879.68 | -30,379.68 |
| | Check | 06/04/2026 | ACH | CG CABLE TECH | √ | -2,832.64 | -33,212.32 |
| | Check | 06/04/2026 | ACH | E&E Communications | √ | -2,678.53 | -35,890.85 |
| | Check | 06/04/2026 | ACH | KLB WIRING | √ | -2,568.19 | -38,459.04 |
| | Check | 06/04/2026 | ACH | OG SERVICES LLC | √ | -2,366.04 | -40,825.08 |
| | Check | 06/04/2026 | ACH | Kingsley Falconer LLC | √ | -2,038.43 | -42,863.51 |
| | Check | 06/04/2026 | ACH | Jenecix Inc | √ | -2,021.67 | -44,885.18 |
| | Check | 06/04/2026 | ACH | Famous 1 Communications LLC | √ | -1,880.33 | -46,765.51 |
| | Check | 06/04/2026 | ACH | AJNC Communication | √ | -1,617.68 | -48,383.19 |
| | Check | 06/04/2026 | ACH | EVRIX LLC | √ | -1,134.51 | -49,517.70 |
| | Check | 06/08/2026 | ACH | M&T BANK | √ | -83.00 | -49,600.70 |
| | Transfer | 06/11/2026 | | | √ | -13,500.00 | -63,100.70 |
| | Check | 06/11/2026 | ACH | J Connect LLC | √ | -10,452.10 | -73,552.80 |
| | Check | 06/11/2026 | ACH | OG SERVICES LLC | √ | -3,397.63 | -76,950.43 |
| | Check | 06/11/2026 | ACH | KLB WIRING | √ | -2,812.65 | -79,763.08 |
| | Check | 06/11/2026 | ACH | TRI STATE COMMUNICATION LLC | √ | -2,575.73 | -82,338.81 |
| | Check | 06/11/2026 | ACH | Jenecix Inc | √ | -2,315.37 | -84,654.18 |
| | Check | 06/11/2026 | ACH | E&E Communications | √ | -2,156.43 | -86,810.61 |
| | Check | 06/11/2026 | ACH | Kingsley Falconer LLC | √ | -1,804.78 | -88,615.39 |
| | Check | 06/11/2026 | ACH | AJNC Communication | √ | -1,592.67 | -90,208.06 |
| | Check | 06/11/2026 | ACH | Famous 1 Communications LLC | √ | -1,530.45 | -91,738.51 |
| | Check | 06/11/2026 | ACH | EVRIX LLC | √ | -1,513.91 | -93,252.42 |
| | Check | 06/11/2026 | ACH | MARS COMMUNICATIONS | √ | -1,492.64 | -94,745.06 |
| | Check | 06/11/2026 | ACH | CG CABLE TECH | √ | -335.91 | -95,080.97 |
| | Check | 06/12/2026 | ACH | MAG Communications LLC | √ | -2,329.50 | -97,410.47 |
| | Transfer | 06/17/2026 | | | √ | -13,500.00 | -110,910.47 |
| | Check | 06/18/2026 | ACH | J Connect LLC | √ | -14,523.26 | -125,433.73 |
| | Check | 06/18/2026 | ACH | OG SERVICES LLC | √ | -4,595.44 | -130,029.17 |
| | Check | 06/18/2026 | ACH | KLB WIRING | √ | -3,915.17 | -133,944.34 |
| | Check | 06/18/2026 | ACH | MARS COMMUNICATIONS | √ | -3,627.96 | -137,572.30 |
| | Check | 06/18/2026 | ACH | Kingsley Falconer LLC | √ | -3,321.19 | -140,893.49 |
| | Check | 06/18/2026 | ACH | Jenecix Inc | √ | -3,297.72 | -144,191.21 |
| | Check | 06/18/2026 | ACH | Famous 1 Communications LLC | √ | -3,128.88 | -147,320.09 |
| | Check | 06/18/2026 | ACH | E&E Communications | √ | -3,122.70 | -150,442.79 |
| | Check | 06/18/2026 | ACH | CG CABLE TECH | √ | -3,093.36 | -153,536.15 |
| | Check | 06/18/2026 | ACH | AJNC Communication | √ | -2,381.27 | -155,917.42 |
| | Check | 06/18/2026 | ACH | EVRIX LLC | √ | -2,145.79 | -158,063.21 |
| | Bill Pmt -Check | 06/18/2026 | ACH | Employers Assurance Co | √ | -1,742.50 | -159,805.71 |
| | Check | 06/18/2026 | ACH | NYC ECB FINES | √ | -1,573.60 | -161,379.31 |
| | Check | 06/18/2026 | ACH | MAG Communications LLC | √ | -1,060.76 | -162,440.07 |
| | Transfer | 06/24/2026 | | | √ | -13,500.00 | -175,940.07 |
| | Check | 06/25/2026 | ACH | J Connect LLC | √ | -11,488.16 | -187,428.23 |
| | Transfer | 06/25/2026 | | | √ | -7,000.00 | -194,428.23 |
| | Check | 06/25/2026 | ACH | MARS COMMUNICATIONS | √ | -2,943.05 | -197,371.28 |
| | Check | 06/25/2026 | ACH | OG SERVICES LLC | √ | -2,889.52 | -200,260.80 |
| | Check | 06/25/2026 | ACH | KLB WIRING | √ | -2,889.34 | -203,150.14 |
| | Check | 06/25/2026 | ACH | CG CABLE TECH | √ | -2,529.43 | -205,679.57 |
| | Check | 06/25/2026 | ACH | E&E Communications | √ | -2,229.90 | -207,909.47 |
| | Check | 06/25/2026 | ACH | AJNC Communication | √ | -1,897.50 | -209,806.97 |
| | Check | 06/25/2026 | ACH | Jenecix Inc | √ | -1,880.88 | -211,687.85 |
| | Check | 06/25/2026 | ACH | Famous 1 Communications LLC | √ | -1,801.69 | -213,489.54 |
| | Check | 06/25/2026 | ACH | EVRIX LLC | √ | -1,404.48 | -214,894.02 |
| | Check | 06/25/2026 | ACH | Kingsley Falconer LLC | √ | -1,361.31 | -216,255.33 |
| Total Checks and Payments | | | | | | -216,255.33 | -216,255.33 |
| **Deposits and Credits - 6 items** | | | | | | | |
| | Deposit | 06/08/2026 | | | √ | 4,243.04 | 4,243.04 |
| | Deposit | 06/15/2026 | | | √ | 242,646.63 | 246,889.67 |
| | Deposit | 06/16/2026 | | | √ | 8,745.62 | 255,635.29 |
| | Deposit | 06/18/2026 | | | √ | 4,349.31 | 259,984.60 |
| | Deposit | 06/24/2026 | | | √ | 4,469.40 | 264,454.00 |
| | Deposit | 06/29/2026 | | | √ | 3,966.52 | 268,420.52 |
| Total Deposits and Credits | | | | | | 268,420.52 | 268,420.52 |
| Total Cleared Transactions | | | | | | 52,165.19 | 52,165.19 |
| Cleared Balance | | | | | | 52,165.19 | 332,825.41 |
| Register Balance as of 06/30/2026 | | | | | | 52,165.19 | 332,825.41 |
| **Ending Balance** | | | | | | **52,165.19** | **332,825.41** |

1:26 PM
07/13/26

**CITI CONNECT, LLC**
**Reconciliation Detail**
**PUB PR 0662, Period Ending 06/30/2026**

| | Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | | **28,003.65** |
| **Cleared Transactions** | | | | | | | |
| **Checks and Payments - 38 items** | | | | | | | |
| | Check | 06/05/2026 | ACH | PRIMEPAY | √ | -1,732.03 | -1,732.03 |
| | Check | 06/05/2026 | 24146 | KELVIN DELEON | √ | -1,558.93 | -3,290.96 |
| | Check | 06/05/2026 | 24150 | ANGEL FRANKY | √ | -1,280.78 | -4,571.74 |
| | Check | 06/05/2026 | 24151 | BRYAN ROCHESTER | √ | -1,009.58 | -5,581.32 |
| | Check | 06/05/2026 | 24147 | ROSANA MORALES | √ | -994.65 | -6,575.97 |
| | Check | 06/05/2026 | 24148 | Sorivel Chicon | √ | -737.19 | -7,313.16 |
| | Check | 06/05/2026 | ACH | PRIMEPAY | √ | -729.34 | -8,042.50 |
| | Check | 06/05/2026 | 24149 | ANGELA DE LA CRUZ | √ | -660.95 | -8,703.45 |
| | Check | 06/05/2026 | ACH | PRIMEPAY | √ | -192.69 | -8,896.14 |
| | Check | 06/08/2026 | ACH | M&T BANK | √ | -83.00 | -8,979.14 |
| | Check | 06/10/2026 | | PRIMEPAY | √ | -1,176.39 | -10,155.53 |
| | Check | 06/12/2026 | 24152 | KELVIN DELEON | √ | -1,558.93 | -11,714.46 |
| | Check | 06/12/2026 | ACH | PRIMEPAY | √ | -1,556.25 | -13,270.71 |
| | Check | 06/12/2026 | 24156 | ANGEL FRANKY | √ | -1,145.87 | -14,416.58 |
| | Check | 06/12/2026 | 24153 | ROSANA MORALES | √ | -994.65 | -15,411.23 |
| | Check | 06/12/2026 | 24157 | BRYAN ROCHESTER | √ | -928.29 | -16,339.52 |
| | Check | 06/12/2026 | ACH | PRIMEPAY | √ | -599.72 | -16,939.24 |
| | Check | 06/12/2026 | 24154 | Sorivel Chicon | √ | -594.10 | -17,533.34 |
| | Check | 06/12/2026 | 24155 | ANGELA DE LA CRUZ | √ | -559.62 | -18,092.96 |
| | Check | 06/12/2026 | ACH | PRIMEPAY | √ | -192.69 | -18,285.65 |
| | Check | 06/18/2026 | 24158 | KELVIN DELEON | √ | -1,558.93 | -19,844.58 |
| | Check | 06/18/2026 | 24162 | ANGEL FRANKY | √ | -1,146.37 | -20,990.95 |
| | Check | 06/18/2026 | 24159 | ROSANA MORALES | √ | -994.65 | -21,985.60 |
| | Check | 06/18/2026 | 24163 | BRYAN ROCHESTER | √ | -933.91 | -22,919.51 |
| | Check | 06/18/2026 | 24161 | ANGELA DE LA CRUZ | √ | -559.62 | -23,479.13 |
| | Check | 06/18/2026 | 24160 | Sorivel Chicon | √ | -526.64 | -24,005.77 |
| | Check | 06/19/2026 | ACH | PRIMEPAY | √ | -1,541.40 | -25,547.17 |
| | Check | 06/19/2026 | ACH | PRIMEPAY | √ | -567.58 | -26,114.75 |
| | Check | 06/19/2026 | ACH | PRIMEPAY | √ | -192.69 | -26,307.44 |
| | Check | 06/26/2026 | ACH | PRIMEPAY | √ | -1,710.44 | -28,017.88 |
| | Check | 06/26/2026 | 24164 | KELVIN DELEON | √ | -1,558.93 | -29,576.81 |
| | Check | 06/26/2026 | 24168 | ANGEL FRANKY | √ | -1,286.84 | -30,863.65 |
| | Check | 06/26/2026 | 24169 | BRYAN ROCHESTER | √ | -1,029.23 | -31,892.88 |
| | Check | 06/26/2026 | 24165 | ROSANA MORALES | √ | -994.65 | -32,887.53 |
| | Check | 06/26/2026 | 24167 | ANGELA DE LA CRUZ | √ | -660.95 | -33,548.48 |
| | Check | 06/26/2026 | 24166 | Sorivel Chicon | √ | -633.13 | -34,181.61 |
| | Check | 06/26/2026 | ACH | PRIMEPAY | √ | -603.92 | -34,785.53 |
| | Check | 06/26/2026 | ACH | PRIMEPAY | √ | -192.69 | -34,978.22 |
| Total Checks and Payments | | | | | | -34,978.22 | -34,978.22 |
| **Deposits and Credits - 4 items** | | | | | | | |
| | Transfer | 06/03/2026 | | | √ | 13,500.00 | 13,500.00 |
| | Transfer | 06/11/2026 | | | √ | 13,500.00 | 27,000.00 |
| | Transfer | 06/17/2026 | | | √ | 13,500.00 | 40,500.00 |
| | Transfer | 06/24/2026 | | | √ | 13,500.00 | 54,000.00 |
| Total Deposits and Credits | | | | | | 54,000.00 | 54,000.00 |
| Total Cleared Transactions | | | | | | 19,021.78 | 19,021.78 |
| Cleared Balance | | | | | | 19,021.78 | 47,025.43 |
| Register Balance as of 06/30/2026 | | | | | | 19,021.78 | 47,025.43 |
| **Ending Balance** | | | | | | **19,021.78** | **47,025.43** |

# Payment Details

M&T Bank

**CITICONNECT LLC -** [redacted]

**PAYMENT ID: 10287**

| | |
|---|---|
| ACH Company | CITI CONNEC-0661 |
| ACH Company ID | P464473244 |
| From Account | -NACHA File Import |
| Payment Type | NACHA File Import |
| Same Day | No |
| Value Date | 06/26/2026 |
| Batch Status | Released |
| Entry Method | Imported |
| File Name | ACH-Citi Connect-WE-06-13_26.txt |
| Batch Description | PAYMENT |
| Tnum | 19662603 |

**AUDIT INFORMATION**

| | Timestamp | User ID | Company |
|---|---|---|---|
| APPROVED | 06/25/2026 07:09:04 PM | MSATTAR | [redacted] |
| MODIFIED | 06/25/2026 07:09:03 PM | MSATTAR | [redacted] |
| ENTERED | 06/25/2026 07:08:47 PM | MSATTAR | [redacted] |
| RELEASED | 06/25/2026 08:00:16 PM | _SYSTEM | [redacted] |

| Beneficiary Name | Bene ID | Credit/(Debit) | ABA | Acct No. | Type | Status | Pmnt ID | Trace ID |
|---|---|---|---|---|---|---|---|---|
| AJNC Communication | | 1,897.50 | [redacted] | [redacted] | Checking | Entered | 255517878 | 022000040000008 |
| CG Cable Tech | | 2,529.43 | [redacted] | [redacted] | Checking | Entered | 255517879 | 022000040000009 |
| E&E Communications | | 2,229.90 | [redacted] | [redacted] | Checking | Entered | 255517880 | 022000040000010 |
| EVRIX LLC | | 1,404.48 | [redacted] | [redacted] | Checking | Entered | 255517871 | 022000040000001 |
| Famous | | 1,801.69 | [redacted] | [redacted] | Checking | Entered | 255517875 | 022000040000005 |
| J Connect LLC | | 11,488.16 | [redacted] | [redacted] | Checking | Entered | 255517876 | 022000040000006 |
| Jenecix Inc | | 1,880.88 | [redacted] | [redacted] | Checking | Entered | 255517872 | 022000040000002 |
| Kingsley Falconer LLC | | 1,361.31 | [redacted] | [redacted] | Checking | Entered | 255517873 | 022000040000003 |
| KLB Wiring | | 2,889.34 | [redacted] | [redacted] | Checking | Entered | 255517874 | 022000040000004 |
| Mars Communications | | 2,943.05 | [redacted] | [redacted] | Checking | Entered | 255517877 | 022000040000007 |
| OG SERVICES LLC | | 2,889.52 | [redacted] | [redacted] | Checking | Entered | 255517881 | 022000040000011 |

| | | | |
|---|---|---|---|
| **Batch Totals** | **33,315.26** | **Credits - 11** | **Prenotes - 0** |
| | **0.00** | **(Debits) - 0** | |

**Continued**

# Payment Details

M&T Bank

**CITICONNECT LLC -** [redacted]

**PAYMENT ID: 10247**

| | |
|---|---|
| ACH Company | CITI CONNEC-0661 |
| ACH Company ID | P464473244 |
| From Account | -NACHA File Import |
| Payment Type | NACHA File Import |
| Same Day | No |
| Value Date | 06/22/2026 |
| Batch Status | Released |
| Entry Method | Imported |
| File Name | ACH-Citi Connect-WE-06-06_26 v2.txt |
| Batch Description | PAYMENT |
| Tnum | 19580150 |

**AUDIT INFORMATION**

| | Timestamp | User ID | Company |
|---|---|---|---|
| APPROVED | 06/18/2026 04:37:50 PM | MSATTAR | [redacted] |
| MODIFIED | 06/18/2026 04:37:50 PM | MSATTAR | [redacted] |
| ENTERED | 06/18/2026 04:37:21 PM | MSATTAR | [redacted] |
| RELEASED | 06/18/2026 05:00:06 PM | _SYSTEM | [redacted] |

| Beneficiary Name | Bene ID | Credit/(Debit) | ABA | Acct No. | Type | Status | Pmnt ID | Trace ID |
|---|---|---|---|---|---|---|---|---|
| AJNC Communication | | 2,381.27 | [redacted] | [redacted] | Checking | Entered | 254225153 | 022000040000010 |
| CG Cable tech | | 3,093.36 | [redacted] | [redacted] | Checking | Entered | 254225146 | 022000040000003 |
| E&E Communications | | 3,122.70 | [redacted] | [redacted] | Checking | Entered | 254225154 | 022000040000011 |
| EVRIX LLC | | 2,145.79 | [redacted] | [redacted] | Checking | Entered | 254225145 | 022000040000002 |
| Famous | | 3,128.88 | [redacted] | [redacted] | Checking | Entered | 254225150 | 022000040000007 |
| J Connect LLC | | 14,523.26 | [redacted] | [redacted] | Checking | Entered | 254225151 | 022000040000008 |
| Jenecix Inc | | 3,297.72 | [redacted] | [redacted] | Checking | Entered | 254225147 | 022000040000004 |
| Kingsley Falconer LLC | | 3,321.19 | [redacted] | [redacted] | Checking | Entered | 254225148 | 022000040000005 |
| KLB Wiring | | 3,915.17 | [redacted] | [redacted] | Checking | Entered | 254225149 | 022000040000006 |
| MAG Communications LLC | | 1,060.76 | [redacted] | [redacted] | Checking | Entered | 254225144 | 022000040000001 |
| Mars Communications | | 3,627.96 | [redacted] | [redacted] | Checking | Entered | 254225152 | 022000040000009 |
| OG SERVICES LLC | | 4,595.44 | [redacted] | [redacted] | Checking | Entered | 254225155 | 022000040000012 |

| | | | |
|---|---|---|---|
| **Batch Totals** | **48,213.50** | **Credits - 12** | **Prenotes - 0** |
| | **0.00** | **(Debits) - 0** | |

**Continued**

# Payment Details

M&T Bank

**CITICONNECT LLC - [redacted]**

**PAYMENT ID: 10209**

| | |
|---|---|
| ACH Company | CITI CONNEC-0661 |
| ACH Company ID | P464473244 |
| From Account | -NACHA File Import |
| Payment Type | NACHA File Import |
| Same Day | No |
| Value Date | 06/15/2026 |
| Batch Status | Released |
| Entry Method | Imported |
| File Name | ACH-Citi Connect LLC 2026-06-12 v2.txt |
| Batch Description | PAYMENT |
| Tnum | 19509242 |

**AUDIT INFORMATION**

| | Timestamp | User ID | Company |
|---|---|---|---|
| APPROVED | 06/12/2026 04:06:10 PM | MSATTAR | [redacted] |
| MODIFIED | 06/12/2026 04:06:10 PM | MSATTAR | [redacted] |
| ENTERED | 06/12/2026 04:05:34 PM | MSATTAR | [redacted] |
| RELEASED | 06/12/2026 05:00:06 PM | _SYSTEM | [redacted] |

| Beneficiary Name | Bene ID | Credit/(Debit) | ABA | Acct No. | Type | Status | Pmnt ID | Trace ID |
|---|---|---|---|---|---|---|---|---|
| MAG Communications LLC | | 2,329.50 | [redacted] | [redacted] | Checking | Entered | 253201 181 | 022000040000001 |
| TRI STATE COMMUNICATIO | | 2,575.73 | [redacted] | [redacted] | Checking | Entered | 253201 182 | 022000040000002 |

| | | | |
|---|---|---|---|
| **Batch Totals** | **4,905.23** | **Credits - 2** | **Prenotes - 0** |
| | **0.00** | **(Debits) - 0** | |

**Continued**

# Payment Details

M&T Bank

**CITICONNECT LLC -** [redacted]

**PAYMENT ID: 10204**

| | |
|---|---|
| ACH Company | CITI CONNEC-0661 |
| ACH Company ID | P464473244 |
| From Account | -NACHA File Import |
| Payment Type | NACHA File Import |
| Same Day | No |
| Value Date | 06/12/2026 |
| Batch Status | Released |
| Entry Method | Imported |
| File Name | ACH-Citi Connect-WE-05-30_26.txt |
| Batch Description | PAYMENT |
| Tnum | 19493821 |

**AUDIT INFORMATION**

| | Timestamp | User ID | Company |
|---|---|---|---|
| APPROVED | 06/11/2026 05:41:51 PM | MSATTAR | 2977634 |
| MODIFIED | 06/11/2026 05:41:51 PM | MSATTAR | 2977634 |
| ENTERED | 06/11/2026 05:41:22 PM | MSATTAR | 2977634 |
| RELEASED | 06/11/2026 06:30:06 PM | _SYSTEM | 2977634 |

| Beneficiary Name | Bene ID | Credit/(Debit) | ABA | Acct No. | Type | Status | Pmnt ID | Trace ID |
|---|---|---|---|---|---|---|---|---|
| AJNC Communication | | 1,592.67 | [redacted] | [redacted] | Checking | Entered | 252940819 | 022000040000009 |
| CG Cable tech | | 335.91 | [redacted] | [redacted] | Checking | Entered | 252940812 | 022000040000002 |
| E&E Communications | | 2,156.43 | [redacted] | [redacted] | Checking | Entered | 252940820 | 022000040000010 |
| EVRIX LLC | | 1,513.91 | [redacted] | [redacted] | Checking | Entered | 252940811 | 022000040000001 |
| Famous | | 1,530.45 | [redacted] | [redacted] | Checking | Entered | 252940816 | 022000040000006 |
| J Connect LLC | | 10,452.10 | [redacted] | [redacted] | Checking | Entered | 252940817 | 022000040000007 |
| Jenecix Inc | | 2,315.37 | [redacted] | [redacted] | Checking | Entered | 252940813 | 022000040000003 |
| Kingsley Falconer LLC | | 1,804.78 | [redacted] | [redacted] | Checking | Entered | 252940814 | 022000040000004 |
| KLB Wiring | | 2,812.65 | [redacted] | [redacted] | Checking | Entered | 252940815 | 022000040000005 |
| Mars Communications | | 1,492.64 | [redacted] | [redacted] | Checking | Entered | 252940818 | 022000040000008 |
| OG SERVICES LLC | | 3,397.63 | [redacted] | [redacted] | Checking | Entered | 252940821 | 022000040000011 |

| | | | |
|---|---|---|---|
| **Batch Totals** | **29,404.54** | **Credits - 11** | **Prenotes - 0** |
| | **0.00** | **(Debits) - 0** | |

**Continued**

# Payment Details

M&T Bank

**CITICONNECT LLC -** [redacted]

**PAYMENT ID: 10140**

| | |
|---|---|
| ACH Company | CITI CONNEC-0661 |
| ACH Company ID | P464473244 |
| From Account | -NACHA File Import |
| Payment Type | NACHA File Import |
| Same Day | No |
| Value Date | 06/05/2026 |
| Batch Status | Released |
| Entry Method | Imported |
| File Name | ACH-Citi Connect-WE-05-23_26.txt |
| Batch Description | PAYMENT |
| Tnum | 19406542 |

**AUDIT INFORMATION**

| | Timestamp | User ID | Company |
|---|---|---|---|
| APPROVED | 06/04/2026 04:12:46 PM | MSATTAR | 2977634 |
| MODIFIED | 06/04/2026 04:12:45 PM | MSATTAR | 2977634 |
| ENTERED | 06/04/2026 04:12:22 PM | MSATTAR | 2977634 |
| RELEASED | 06/04/2026 05:00:09 PM | _SYSTEM | 2977634 |

| Beneficiary Name | Bene ID | Credit/(Debit) | ABA | Acct No. | Type | Status | Pmnt ID | Trace ID |
|---|---|---|---|---|---|---|---|---|
| AJNC Communication | | 1,617.68 | [redacted] | [redacted] | Checking | Entered | 251524976 | 022000040000008 |
| CG Cable tech | | 2,832.64 | [redacted] | [redacted] | Checking | Entered | 251524970 | 022000040000002 |
| E&E Communications | | 2,678.53 | [redacted] | [redacted] | Checking | Entered | 251524977 | 022000040000009 |
| EVRIX LLC | | 1,134.51 | [redacted] | [redacted] | Checking | Entered | 251524969 | 022000040000001 |
| Famous | | 1,880.33 | [redacted] | [redacted] | Checking | Entered | 251524974 | 022000040000006 |
| J Connect LLC | | 10,879.68 | [redacted] | [redacted] | Checking | Entered | 251524975 | 022000040000007 |
| Jenecix Inc | | 2,021.67 | [redacted] | [redacted] | Checking | Entered | 251524971 | 022000040000003 |
| Kingsley Falconer LLC | | 2,038.43 | [redacted] | [redacted] | Checking | Entered | 251524972 | 022000040000004 |
| KLB Wiring | | 2,568.19 | [redacted] | [redacted] | Checking | Entered | 251524973 | 022000040000005 |
| OG SERVICES LLC | | 2,366.04 | [redacted] | [redacted] | Checking | Entered | 251524978 | 022000040000010 |

| | | | |
|---|---|---|---|
| **Batch Totals** | **30,017.70** | **Credits - 10** | **Prenotes - 0** |
| | **0.00** | **(Debits) - 0** | |

**Continued**

# Payment Details

M&T Bank

**CITICONNECT LLC -** [redacted]

**PAYMENT ID: 10117**

| | |
|---|---|
| ACH Company | CITI CONNEC-0661 |
| ACH Company ID | P464473244 |
| From Account | -ACH - Corporate/Vendor Payments |
| Payment Type | ACH - Corporate/Vendor Payments |
| Same Day | No |
| Value Date | 06/03/2026 |
| Batch Status | Released |
| Entry Method | Created from Template |
| Batch Description | CORP PAY |
| Template | CITILLCSPIRAL / ACH |
| Tnum | 19352393 |

**AUDIT INFORMATION**

| | Timestamp | User ID | Company |
|---|---|---|---|
| APPROVED | 06/01/2026 09:44:03 PM | MSATTAR | 2977634 |
| ENTERED | 06/01/2026 09:44:03 PM | MSATTAR | 2977634 |
| RELEASED | 06/02/2026 07:45:06 AM | _SYSTEM | 2977634 |

| Beneficiary Name | Bene ID | Credit/(Debit) | ABA | Acct No. | Type | Status | Pmnt ID | Trace ID |
|---|---|---|---|---|---|---|---|---|
| Spiralaxis IDesigns | | 6,000.00 | [redacted] | [redacted] | Checking | Entered | 250777262 | 022000040000001 |

| | | | |
|---|---|---|---|
| **Batch Totals** | **6,000.00** | **Credits - 1** | **Prenotes - 0** |
| | **0.00** | **(Debits) - 0** | |

**Continued**