**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CITI CONNECT, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No 25-10369(lgb) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK )
) ss.:
COUNTY OF WESTCHESTER )

HEYDY MARMOLEJOS, being duly sworn, deposes and says: That deponent is not a party to this action, is over 18-years of age and is employed at Eckert Seamans Cherin & Mellott, LLC, 10 Bank Street Suite 700, White Plains, New York 10606.

On September 28, 2026, deponent served the within E-FILED NOTICE OF MOTION OF THE DEBTOR SEEKING AN ORDER DISMISSING ITS CHAPTER 11 CASE and CITI CONNECT LLC'S MOTION TO DISMISS ITS CHAPTER 11 CASE upon:

| | |
|---|---|
| Daniel Rudewicz<br>DOJ-Ust<br>1 Bowling Green<br>New York, NY 10004 | Berkshire Hathaway<br>Homestate Companies<br>1314 Douglas St, 15th Floor<br>Omaha, NE 68102-1939<br>Attn: S. Bledsoe |
| Angelo Pino<br>c/o 875 E 145th Street<br>Bronx, New York 10455 | Joint Industry Board of the<br>Electrical Industry<br>158-11 Harry Van Arsdale Ave<br>Flushing Ave, NY 11365 |
| Philadelphia Insurance Companies<br>P.O. Box 70251<br>Philadelphia, PA 19176-0251 | Pino Realty, LLC<br>875 East 145th Street<br>Bronx, NY 10455-4904 |

| | |
|---|---|
| Prime Pay<br>1487 Dunwood Drive<br>West Chester, PA 19380-1494 | Spiralaxis iDesigns Inc.<br>117-12 Ocean Promenade, #7J<br>Rockaway Park, NY 11694-2064 |
| Virginia & Ambinder, LLP<br>Lillianna Iorfino, Esq.<br>40 Broad Street, 7th Floor<br>New York, NY 10004 | Office of the United States Trustee – NY<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 534<br>New York, NY 10004-1408 |
| New York City Dept. of Finance<br>Taxpayer Identification Unit<br>25 Elm Place, 3rd Floor<br>Brooklyn, NY 11201-5826 | New York State Tax Commission<br>Bankruptcy/Special Procedures Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 |
| State of New York<br>Department of Labor<br>Unemployment Insurance Division<br>Governor W. Averell Harriman<br>State Office<br>Building Campus 12, Room 256<br>Albany, NY 12240 | Maura Moosnick, Esq.<br>Virginia & Ambinder, LLP<br>40 Broad Street, 7th Floor<br>New York, NY 10004-2776 |
| Hon. Judge Lisa G. Beckerman<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004 | |

**XX** By depositing a true copy thereof in a post-paid wrapper, in an official depository under the care and custody of the United States Postal Service within the State of New York.

| | |
|---|---|
| Bradford J. Sandler<br>On behalf of Examiner<br>Stephanie Wickouski<br>bsandler@pszjlaw.com<br>abates@pszjlaw.com | Brooke Elizabeth Wilson<br>On behalf of Examiner<br>Stephanie Wickouski<br>bwilson@pszjlaw.com |

**XX** By transmitting the papers by electronic means to the email address listed above, which e-mail address was designated by the party for such purpose.

HEYDY MARMOLEJOS

Sworn to before me this
7th day of October, 2026

Tabitha Rodriguez
NOTARY PUBLIC, State of New York
No. 01RO6122235
Qualified in Westchester County
Commission Expires: February 7, 2029