UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CITI CONNECT, LLC | Chapter 11<br><br>Case No. 25-10369 (LGB) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned appears herein as counsel for creditor Berkshire Hathaway Homestate Companies ("Berkshire Hathaway") in the above-referenced proceeding and pursuant to Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") 2002(g), 2002(h), 9007, 9010(b) and § 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§ 1101, et seq. (the "Bankruptcy Code"), hereby requests that documents filed in this case and identified below be served on the undersigned at this address.

ADDRESS:

Philip W. Allogramento III
KENNEDYS CMK LLP
400 Connell Drive, Suite 700
Berkeley Heights, New Jersey 07922
T: (908) 848-6300
E: Phil.Allogramento@kennedyslaw.com

DOCUMENTS:

X All notices entered.

X All documents and pleadings of any nature.

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery,

telephone, telegraph, telex, or otherwise which affect or seek to affect in any way Berkshire Hathaway's rights or interests in this case.

**PLEASE TAKE FURTHER NOTICE** that, this appearance and demand for notice and service of papers is not, and may not be deemed or construed to be, consent to jurisdiction of the Bankruptcy Court over Berkshire Hathaway. This Notice of Appearance should also not be deemed or construed to waive: (a) the rights of Berkshire Hathaway to have final orders in non-core matters entered only after de novo review by a federal court district judge; (b) the rights of Berkshire Hathaway to have the reference withdrawn by the federal district court in any matter subject to mandatory or discretional withdrawal; (c) the rights of Berkshire Hathaway to trial by jury in any proceedings so triable herein or in any case, controversy, or proceeding related hereto; or (d) any other rights, claims, actions, defenses, setoffs, or recoupments to which Berkshire Hathaway is or may be are or may be entitled under any agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

KENNEDYS CMK LLP
*Counsel to Berkshire Hathaway Homestate Companies*

By: *<u>/s/ Philip W. Allogramento III</u>*

Philip W. Allogramento III
400 Connell Drive , Suite 700
Berkeley Heights, NJ 07922
Phil.Allogramento@kennedyslaw.com
(908) 848-6300