**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| CITI CONNECT, LLC, | CASE NO. 25-10369 (LGB) |
| Debtor. | CHAPTER 11 |

CERTIFICATE OF SERVICE

I, Philip W. Allogramento, am over the age of eighteen and am employed by Kennedys CMK LLP. I represent creditor Berkshire Hathaway Homestate Companies in the above-captioned matter. My business address is 400 Connell Drive, Suite 700, Berkeley Heights, New Jersey 07922.

On October 27, 2026, I caused a copy of the following pleading and/or documents to be sent to the parties listed below via ECF and, additionally, on October 27, 2026, I caused a copy of the same pleading to be sent to the aforementioned parties via U.S. mail: **OBJECTION TO MOTION TO DISMISS CITI CONNECT LLC'S CHAPTER 11 CASE AND JOINDER IN LIMITED OPPOSITION OF EXAMINER [Dkt. No. 117].**

Dated: October 27, 2026

*/s/ Philip W. Allogramento*
Philip W. Allogramento

| | |
|---|---|
| **CITI CONNECT, LLC**<br>450 Southern Boulevard<br>Bronx, NY 10455 | **Nicholas A. Pasalides**<br>Eckert Seamans Cherin & Mellott LLC<br>10 Bank Street<br>Suite 700<br>White Plains, NY 10606 |
| **VIRGINIA & AMBINDER, LLP**<br>Attn: Lillianna Iorfino, Esq.<br>40 Broad Street<br>7th Floor<br>New York, New York 10004 | **VIRGINIA & AMBINDER, LLP**<br>Attn: Allison Herstic, Esq.<br>40 Broad Street<br>7th Floor<br>New York, New York 10004 |
| **VIRGINIA & AMBINDER, LLP**<br>Attn: Maura Moosnick, Esq.<br>40 Broad Street<br>7th Floor<br>New York, New York 10004 | **Daniel Rudewicz**<br>DOJ-Ust<br>1 Bowling Green<br>New York, NY 10004 |
| **United States Trustee**<br>Office of the United States Trustee - NY<br>Alexander Hamilton Custom House<br>One Bowling Green<br>Room 534<br>New York, NY 10004-1408 | **Chambers of the Honorable Lisa G. Beckerman**<br>One Bowling Green<br>Courtroom 623<br>Attn: Courtesy Copies<br>New York, NY 10004 |
| **Pachulski Stang Ziehl & Jones LLP**<br>Attn: Bradford J. Sandler<br>919 N. Market Street<br>17th Floor<br>Wilmington, DE 19899-8705 | **Pachulski Stang Ziehl & Jones LLP**<br>Attn: Elizabeth Wilson<br>919 N. Market Street<br>17th Floor<br>Wilmington, DE 19899-8705 |